**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | The Hall at the Yard, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-1284578 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** 13518 Westshire Dr. Tampa, FL 33618 Number, Street, City, State & ZIP Code  Hillsborough County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** 1412 Alden Rd. Orlando, FL  32803 Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **The Hall at the Yard, LLC**　　　　　Case number (*if known*)　_____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply:*

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **The Hall at the Yard, LLC**  
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____  
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
Number, Street, City, State & ZIP Code

**Is the property insured?**  
☐ No  
☐ Yes. Insurance agency _____  
Contact name _____  
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
■ $500,001 - $1 million

☐ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **The Hall at the Yard, LLC**                                     Case number (*if known*)
         Name

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  __The Hall at the Yard, LLC__  
       Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1.24.2023  
             MM / DD / YYYY

X _/s/ [signature]_              **Jamal Wilson**  
Signature of authorized representative of debtor    Printed name

Title  **Manager**

**18. Signature of attorney**

X  /s/ Edward J. Peterson       Date  1.24.2023  
Signature of attorney for debtor            MM / DD / YYYY

**Edward J. Peterson**  
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**  
Firm name

**110 E. Madison St.**  
**Suite 200**  
**Tampa, FL 33602**  
Number, Street, City, State & ZIP Code

Contact phone  (813) 229-0144     Email address  epeterson@srbp.com

**0014612 - Florida FL**  
Bar number and State

A-Head for Profits FL
240 great Circle Rd., #344
Nashville, TN 37228

Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Avanza Group, LLC
14 Knorr Ave.
Seymour, CT 06488

Avanza Group, LLC
47 Craig Ave.
Staten Island, NY 10307

BBK Janitorial Services, LLC
Guillermo Pesant, Esq.
1313 Ponce de Leon Blvd., #301
Miami, FL 33134-3343

CB Hospitality Ventures, LLC
11510 Joshuas Bend Dr.
Tampa, FL 33612

City Wide Facility Solutions-Orlando
c/o Commercial Collection Corp.
P.O. Box 288
Tonawanda, NY 14151-0288

Cobalt Funding Solutions
99 Wall St., #3618
New York, NY 10005

CT Corporatiom System, as representative
330 N. Brand Blvd., #700
Attn:   SPRS
Glendale, CA 91203

Delta Bridge Funding, LLC, as servicer
for CloudFund, LLC
400 Rella Blvd., #165-101
Suffern, NY 10901

Felicity Property Co.
1320 Magazine St., #201
New Orleans, LA 70130

G and G Funding Group, LLC
57 W. 57th St., Floor 4

New York, NY 10019

Green Capital Funding, LLC
53 Mason St.
Greenwich, CT 06830

Green Capital Funding, LLC
116 Nassau St., #804
New York, NY 10038

Ivanhoe Place Propco, LLC
c/o Real Estate Inverlad Development LLC
101 S. Eola Dr., #1215
Orlando, FL 32801

Kabbage, Inc.
Attn:  Kim Withrow, Esq.
925B Peachtree St. NE, #383
Atlanta, GA 30309

Leaf Capital Funding, LLC
2005 Market St., 14th Floor
Philadelphia, PA 19103

Max Recovery Group, LLC
55 Broadway, 3rd Floor
New York, NY 10006

Modulo, LLC
1704 W North A St
Tampa, FL 33606

Modulo, LLC
2405 E. 8th Ave.
Tampa, FL 33605

Newgenteck
5555 W. Waters Ave.
Tampa, FL 33424

Newtek Small Business Finance, LLC
4800 T-Rex Ave., #120
Boca Raton, FL 33431

Newtek Small Business Finance, LLC
1981 Marcus Ave., #130
New Hyde Park, NY 11042

Novac Equities, LLC
25 SW 9th St., #202

Miami, FL 33130

Premium Merchant Funding 26, LLC
55 Water St., Floor 50
New York, NY 10004

Reef Funding Group
c/o Novac Equities, LLC
1100 Brickell Bay Dr.
Miami, FL 33131

Sysco Corporation
1390 Enclave Parkway
Houston, TX 77077-2099

U.S. Attorney
Attn: Civil Process Clerk
400 N. Tampa St., #3200
Tampa, FL 33602

U.S. Small Business Administration
2 North St., #320
Birmingham, AL 35203

Vivian Capital Group, LLC
486 Market St.
Newark, NJ 07105

WebBank
215 S. State St., #1000
Salt Lake City, UT 84111

World Global Fund
20807 Biscayne Blvd., #203
Miami, FL 33180

Zahav Asset Management, LLC
234 Cedarhurst Ave., Apt 21B
Cedarhurst, NY 11516

Zahav Asset Management, LLC
420 Central Ave.
Cedarhurst, NY 11516-1000