# The Hall at the Yard LLC
# Balance Sheet
### As of December 31, 2022

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| 10000 Checking (5267) | 34,574.57 |
| 10005 Checking (8217) | 0.78 |
| **Total Bank Accounts** | **$ 34,575.35** |
| **Accounts Receivable** | |
| 11000 Accounts Receivable (A/R) | |
| 11005 Loan to Hall Ashford Lane | 0.00 |
| 11006 Loan to Tricera Management | 0.00 |
| Total 11000 Accounts Receivable (A/R) | 0.00 |
| 11010 Accrued AR | 0.00 |
| **Total Accounts Receivable** | **$ 0.00** |
| **Other Current Assets** | |
| 12000 Inventory | 52,992.95 |
| **Total Other Current Assets** | **$ 52,992.95** |
| **Total Current Assets** | **$ 87,568.30** |
| **Fixed Assets** | |
| 15000 Buildings | |
| 15001 Leasehold Improvement-Building | 5,844,916.62 |
| **Total 15000 Buildings** | **$ 5,844,916.62** |
| 15010 Furniture & Fixtures | 274,876.85 |
| 15020 Machinery & Equipment | 165,220.00 |
| **Total Fixed Assets** | **$ 6,285,013.47** |
| **TOTAL ASSETS** | **$ 6,372,581.77** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 21010 Accrued Expenses | 0.00 |
| 21030 Event Deposits | -1,500.00 |
| 21040 Short Term Loan | -65,290.30 |
| 22000 Payroll Clearing | -338,533.04 |
| 22020 Payroll Tax Payable | -128,628.91 |
| 23020 Sales Tax Payable | -120,448.69 |
| **Total Other Current Liabilities** | **-$ 654,400.94** |
| **Total Current Liabilities** | **-$ 654,400.94** |
| **Long-Term Liabilities** | |
| 21035 Notes Payable | |
| 21036 PPP Fund Loan | 369,755.00 |
| 21037 SBA Loan - NewTek | 2,962,329.90 |
| 21038 Other Loans | 203,919.00 |
| **Total 21035 Notes Payable** | **$ 3,536,003.90** |

|  |  |  |
|---|---:|---:|
| **Total Long-Term Liabilities** | **$** | **3,536,003.90** |
| **Total Liabilities** | **$** | **2,881,602.96** |
| **Equity** | | |
| **30005 Owner's Investment** | | 3,959,367.61 |
| **30050 Retained Earnings** | | -514,302.86 |
| **Net Income** | | 45,914.06 |
| **Total Equity** | **$** | **3,490,978.81** |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **6,372,581.77** |

Friday, Jan 20, 2023 07:10:42 AM GMT-8 - Accrual Basis

# The Hall at the Yard LLC
## Profit and Loss
### January - December 2022

|  | Total |
|---|---:|
| **Income** |  |
|   40010 Sales | 7,862,277.24 |
| **Total Income** | **$ 7,862,277.24** |
| **Cost of Goods Sold** |  |
|   50000 Cost of Goods Sold |  |
|     50003 Supplies or Services | 283,962.49 |
|     50004 Food | 316,540.89 |
|     50005 Sales - Beverage | 555,528.26 |
|     50010 Chef & I | 499,921.85 |
|     50011 Daily Bread | 53,973.21 |
|     50012 Fork & Hen | 124,918.91 |
|     50013 Huli Bowl | 23,868.16 |
|     50014 Humble Yard | 118,216.28 |
|     50015 Pasion | 174,092.13 |
|     50016 Spice Affair | 187,479.39 |
|     50017 True Island | 530,061.11 |
|     50018 Wabisabi | 100,139.13 |
|     50019 Hall Equipment Leasing | 210,002.10 |
|     50020 CB Hospitality | 74,272.37 |
|     50021 El Greco | 108,249.05 |
|     50022 50022 Orlando Foodies LLC | 263,756.42 |
|     50023 Itzayana | 68,519.49 |
|   **Total 50000 Cost of Goods Sold** | **$ 3,693,501.24** |
|   50030 Cost of labor - COS |  |
|     50031 Payroll | 1,583,818.32 |
|     50032 Manual Payroll - Tips | 756,368.52 |
|     50035 Contractors | 35,455.90 |
|   **Total 50030 Cost of labor - COS** | **$ 2,375,642.74** |
|   50050 Equipment Rental - COS | 19,312.18 |
|   50060 Shipping | 2,119.38 |
|   50070 Supplies & Materials - COGS | 1,336.41 |
| **Total Cost of Goods Sold** | **$ 6,091,911.95** |
| **Gross Profit** | **$ 1,770,365.29** |
| **Expenses** |  |
|   60000 Advertising & Marketing | 39,093.96 |
|   60005 Bank Charges & Fees | 66,396.40 |
|   60010 Car & Truck | 1,815.75 |
|   60012 Cleaning | 96,118.48 |
|   60015 Dues and Subscriptions | 1,216.74 |
|   60025 Insurance | 100,159.68 |
|   60035 Job Supplies | 13,329.56 |
|   60040 Legal & Professional Services | 137,014.60 |
|   60042 Management Fees | 76,376.11 |

| | | |
|---|---:|---:|
| **60045 Meals & Entertainment** | | 1,028.54 |
| **60055 Office Supplies & Software** | | 18,239.24 |
| **60058 Printing** | | 10,278.58 |
| **60060 Recruiting** | | 19,134.11 |
| **60065 Rent & Lease** | | 540,839.55 |
| **60070 Repairs & Maintenance** | | 65,039.48 |
| **60075 Shipping, Freight & Delivery** | | 13,990.00 |
| **60078 Storage** | | 27,908.86 |
| **60080 Taxes & Licenses** | | 6,170.22 |
| **60085 Travel** | | 32,878.67 |
| **60090 Utilities** | | 85,081.90 |
|    **60092 Telephone** | | 1,620.17 |
|    **60094 Television/Internet** | | 5,726.40 |
| **Total 60090 Utilities** | $ | 92,428.47 |
| **Total Expenses** | $ | 1,359,457.00 |
| **Net Operating Income** | $ | 410,908.29 |
| **Other Expenses** | | |
|    **70010 Interest Paid** | | 456,822.35 |
| **Total Other Expenses** | $ | 456,822.35 |
| **Net Other Income** | -$ | 456,822.35 |
| **Net Income** | -$ | 45,914.06 |

Friday, Jan 20, 2023 07:07:30 AM GMT-8 - Accrual Basis