# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re  The Hall at the Yard, LLC
Debtor(s)

Case No. _____
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jamal Wilson<br>13518 Westshire Dr.<br>Tampa, FL 33618 | | 79% | |
| Tricera Hall at the Yard, LLC<br>80 SW 8th St., #2802<br>Miami, FL 33130 | | 21% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  1.24.2023

Signature  _/s/ Jamal Wilson_
Jamal Wilson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders