UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                      Chapter 11, Subchapter V

THE HALL AT THE YARD, LLC                        Case No. 8:23-bk-250-

    Debtor.
_____/

### DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY

THE HALL AT THE YARD, LLC ("**Debtor**"), pursuant to Local Rule 2081-1, files its Chapter 11 Case Management Summary (the "**Summary**"). For the Summary, the Debtor states the following:

**I.    Description of Debtor's Business**

1.    The Debtor owns and operates a food hall in Orlando, Florida, known as "The Hall on the Yard," which has nine different restaurants, five curated event spaces, and three cocktail bars. The Debtor operates the food hall through subleases or licenses with various vendors for the operation of restaurants at 1412 Alden Road in Orlando, Florida.

**II.    Location of Debtor's Operations and Whether Leased or Owned**

The Debtor's business operations are located at 1412 Alden Rd., in Orlando, Florida, which it leases from Ivanhoe Place Propco, LLC. The Debtor's principal place of business is in Tampa, Florida.

**III.    Reasons for Filing Chapter 11**

The cost of the tenant improvements was higher than expected. Unfortunately, the Debtor borrowed funds from various MCA lenders. The debt to the MCA lenders and the

exorbitant fees and costs associated therewith has been crippling.  The Debtor filed this case to restructure its debts and reorganize for the benefit of all creditors.

The Debtor intends to seek authority for debtor-in-possession financing to help fund expenses.  In addition, the Debtor is hiring a chief restructuring officer.

IV. **List of Officers and Directors Including Salaries and Benefits at the Time of Filing and During 1 Year Prior to Filing**

Jamar Wilson is the manager of the Debtor.  For the one year prior to the filing of this case, Mr. Wilson did not receive a salary.

V. **Debtor's Annual Gross Revenues**

The Debtor's gross revenues for the year ending December 31, 2022, were approximately $7,862,277.00. The Debtor's year to date gross revenues for 2023 are approximately $170,639.08.

VI. **Amounts Owed to Various Classes of Creditors**

Although the Debtor has not filed its Schedules or Statement of Financial Affairs, the Debtor believes that the creditors will be comprised of the following:

    a. **Priority Claims:**

Except for prepetition wages payable to employees, which the Debtor is seeking court approval to pay, the Debtor is not aware of any priority claims.

    b. **Secured Claims:**

The Debtor's secured obligations are comprised of (a) Newtek Small Business Finance, LLC ("**Newtek**"); (b) merchant cash advance ("**MCA**") lenders (identified below); (c) Kabbage, Inc. ("**Kabbage**"); (d) and Ivanhoe Place Propco, LLC ("**Ivanhoe**").

Newtek is owed approximately $4,200,000.00 based on a loan made to the Debtor in January of 2020.  Newtek may assert a lien on the Debtor's accounts receivable.

Kabbage is owed approximately $359,000.00 based on a PPP loan made to the Debtor, which likely is unsecured.

Ivanhoe is the landlord which asserts a security interest in the Debtor's furniture, fixtures, and equipment.

With respect to MCA lenders, the Debtor believes that the following creditors may assert liens on and security interests in accounts receivable:

| Creditor | Approximate Balance as of Petition Date |
|---|---:|
| The Avanza Group, LLC | 135,000.00 |
| Cobalt Funding Solutions | 150,000.00 |
| Delta Bridge Funding, LLC, servicer for CloudFund | 181,055.00 |
| G and G Funding Group, LLC | Undetermined |
| Green Capital Funding, LLC | 44,000.00 |
| Premium Merchant Funding 26, LLC | 50,000.00 |
| Reef Funding Group | 44,000.00 |
| Vivian Capital Group, LLC | 150,000.00 |
| World Global Fund | 50,000.00 |
| Zahav Asset Management, LLC | 97,000.00 |

c. **Unsecured Claims:**

The Debtor estimates that the unsecured claims are approximately $230,000, plus a contingent and disputed claim based on the Debtor's guaranty of a lease of an affiliate.

The Debtor reserves all rights, claims, defenses, objections, and remedies with respect to all claims asserted or filed by creditors.

### VII. General Description and Approximate Value of Debtor' Current Fixed Assets

The Debtor's assets consist primarily of cash, inventory, furniture and fixtures, and equipment.

### VIII. Number of Employees and Amounts of Wages Owed as of Petition Date

3

4884-2497-6972, v. 1

As of the Petition Date, the Debtor has eighty (80) employees. The Debtor estimates that the prepetition payroll for the payroll period ending January 22, 2023, is approximately $70,000.

IX. **Status of Debtor's Payroll and Sales Tax Obligations**

As of the Petition Date, the Debtor was current on its prepetition payroll and sales tax obligations.

X. **Anticipated Emergency Relief to be Requested Within 14 Days of Petition Date**

The Debtor anticipates filing an emergency motion to pay prepetition wages, an emergency motion to use cash collateral, and an emergency motion for debtor-in-possession financing within the first fourteen (14) days of the Petition Date.

XI. **Debtor's Strategic Objectives**.

The Debtor intends to file a plan that omits projected disposable income and restructures its debts for the benefit of all creditors.

WHEREFORE, the Debtor respectfully submits the foregoing as its Case Management Summary.

/s/ Edward J. Peterson
Edward J. Peterson
Florida Bar No. 0014612
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Email:  epeterson@srbp.com
Attorneys for Debtor

4884-2497-6972, v. 1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing *Case Management Summary* has been furnished on this 24th day of January, 2023, by the Court's CM/ECF electronic mail system to all parties receiving CM/ECF electronic noticing.

*/s/ Edward J. Peterson*
Edward J. Peterson