# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re: __The Hall at the Yard, LLC__
Debtor(s)

Case No. __8:23-bk-250-CPM__
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1) - AMENDED

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __The Hall at the Yard, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CBS Partners, LLC**
3127 Chessington Dr.
Land O Lakes, FL 34638

**Tricera Hall at the Yard, LLC**
80 SW 8th St., #2802
Miami, FL 33130

☐ None [*Check if applicable*]

**February 14, 2023**
Date

/s/ Edward J. Peterson
**Edward J. Peterson**
Signature of Attorney or Litigant
Counsel for __The Hall at the Yard, LLC__
**Stichter, Riedel, Blain & Postler, P.A.**
**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
**(813) 229-0144 Fax:(813) 229-1811**
**epeterson@srbp.com**