**Fill in this information to identify the case:**

Debtor Name ___The hall on the yard___

United States Bankruptcy Court for the:

Case number: ___8:23-BK 00250___

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: ___January___

Line of business: ___Hospitality___

Date report filed: ___03/03/2023___
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: ___Jamal Wilson___

Original signature of responsible party _____

Printed name of responsible party ___Jamal Wilson___

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☒ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☒ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name    The Hall on The Yard                          Case number   8:23-bk-00250

17. Have you paid any bills you owed before you filed bankruptcy?                    ❑   ☑   ❑
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑   ☑   ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                    $   34,574.57

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                    $   157,777.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                    − $   89,291.86

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                    + $   66,385.14
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                    = $   100,958.71

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                    $                0
    *(Exhibit E)*

Debtor Name ___The Hall on The Yard_____    Case number _8:23-BK 00250_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $___0_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     _____61___

27. What is the number of employees as of the date of this monthly report?     _____61___

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $_____

30. How much have you paid this month in other professional fees?     $_____

31. How much have you paid in total other professional fees since filing the case?     $_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $_____ | − | $ 155777.00 | = | $ 155777.00 |
| 33. **Cash disbursements** | $_____ | − | $ 89291.86 | = | $ 89291.86 |
| 34. **Net cash flow** | $_____ | − | $ 66385.15 | = | $ 66385.15 |

35. Total projected cash receipts for the next month:     $___596976___

36. Total projected cash disbursements for the next month:     − $___544813___

37. Total projected net cash flow for the next month:     = $____52163___

Debtor Name  The Hall on The Yard

Case number  8:23-BK 00250

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☒ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39.  Bank reconciliation reports for each account.

- ☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41.  Budget, projection, or forecast reports.

- ☐ 42.  Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 34,574.57  (a) | 34,574.57 |
| **2. RECEIPTS:** | | |
| A. Cash Sales | 187,089.00 | 187,089.00 |
| Minus:  Kitchen sales | (31,312.00) | (31,312.00) |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts (see MOR-3) | | |
| **3. TOTAL RECEIPTS (lines 2A+2B+2C)** | | |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (lines 1+ line3)** | 155,777.00 | 155,777.00 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | (130.86) | (130.86) |
| DIP Account funidng | (10,000.00) | (10,000.00) |
| C. Contract Labor | (18,703.03) | (18,703.03) |
| D. Fixed Asset Payments | | |
| E. Insurance | | |
| F. Inventory Payments | (7,544.93) | (7,544.93) |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net | (31,144.14) | (31,144.14) |
| K. Professional Fees (accounting & legal) | (39.99) | (39.99) |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments | | |
| O. Taxes Paid - Payroll | | |
| P. Taxes Paid - Sales & Use | (12,794.22) | (12,794.22) |
| Q. Taxes Paid - Other | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| T. U.S. Trustee Quarterly Fees | | |
| U. Utilities | (3,181.27) | (3,181.27) |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses | (5,853.42) | (5,853.42) |
| **6. TOTAL DISBURSEMENTS** | (89,391.86) | (89,391.86) |
| **7. ENDING BALANCE** | 100,958.71 | 100,958.71 |

| | | | Purpose or Description | Amount |
|---|---|---|---|---|
| 0083571635 EED:230131   IND ID:L26D2B5YRSBQRL9 | | | Daily Sales from POS | 735.07 |
| 98350 EED:230131   IND ID: | | IND NAME | Daily Sales from POS | 25,558.30 |
| | | | Daily Sales from POS | 3,000.00 |
| 75005 EED:230130   IND ID: | | IND NAME | Daily Sales from POS | 22,743.09 |
| 27942 EED:230130   IND ID: | | IND NAME | Daily Sales from POS | 35,508.54 |
| 84428 EED:230130   IND ID: | | IND NAME | Daily Sales from POS | 39,174.57 |
| 365 EED:230127   IND ID:ST-W3K5N3B3X5W8 | | IN | Daily Sales from POS | 284.49 |
| 12339 EED:230127   IND ID: | | IND NAME | Daily Sales from POS | 12,370.14 |
| 36405 EED:230126   IND ID: | | IND NAME | Daily Sales from POS | 9,542.55 |
| | | | Daily Sales from POS | 4,700.00 |
| 0082185230 EED:230124   IND ID:IWY4BAY7UDEFX1O | | | Daily Sales from POS | 573.11 |
| | | | Daily Sales from POS | 8,000.00 |
| 32935 EED:230124   IND ID: | | IND NAME | Daily Sales from POS | 24,899.95 |
| | | | | |
| | | | | 187,089.81 |
| | | | | |
| | | | | |
| | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **EXHIBIT D - DISBURSEMENTS** | | | | | | |

| Date Paid | Method | Payee | Purpose or Description | | | Amount |
|---|---|---|---|---|---|---|
| 1/31/2023 | CHECK | CHECK 58737 | | | Labor | -354 |
| 1/31/2023 | CHECK | CHECK 58794 | | | Labor | -223.34 |
| 1/31/2023 | CHECK | CHECK 58808  01/31 | | | Labor | -703.42 |
| 1/31/2023 | DEBIT | ORIG CO NAME:Cavalier Spirits      ORIG ID:45-4419315 DESC DATE:013023 CO ENTRY DESCR:FintechEFTSEC | F.  Inventory Payments | | | -394.98 |
| 1/31/2023 | DEBIT | ORIG CO NAME:DAVO TECHNOLOGIE      ORIG ID:5330903620 DESC DATE:230130 CO ENTRY DESCR:123296 | P.  Taxes Paid - Sales & Use | | | -1632.76 |
| 1/31/2023 | DEBIT | ORIG CO NAME:DAVO TECHNOLOGIE      ORIG ID:5330903620 DESC DATE:230129 CO ENTRY DESCR:A5B84 | P.  Taxes Paid - Sales & Use | | | -2434.2 |
| 1/31/2023 | DEBIT | ORIG CO NAME:TECO/PEOPLE GAS      ORIG ID:2803339001 DESC DATE:      CO ENTRY DESCR:UTILITYBIL | U.  Utilities | | | -3181.27 |
| 1/31/2023 | DEBIT | Same-Day ACH Payroll Payment 11009797714 to ######1704 | C.  Contract Labor | | | -737.19 |
| 1/31/2023 | CHECK | CHECK 58762 | | | Labor | -338.94 |
| 1/31/2023 | DEBIT | INTUIT *QBooks Onlin CL.INTUIT.COM CA     01/31 | W.  Other Operating Expenses | | | -15 |
| 1/31/2023 | CHECK | CHECK 58783 | | | Labor | -168.34 |
| 1/31/2023 | DEBIT | Same-Day ACH Payroll Payment 11009758253 to ##########3729 | C.  Contract Labor | | | -158.02 |
| 1/31/2023 | DEBIT | Same-Day ACH Payroll Payment 11009757828 to ##########2561 | C.  Contract Labor | | | -214.27 |
| 1/31/2023 | DEBIT | Same-Day ACH Payroll Payment 11009757824 to ######2949 | C.  Contract Labor | | | -460.67 |
| 1/31/2023 | DEBIT | Same-Day ACH Payroll Payment 11009757827 to ########7350 | C.  Contract Labor | | | -187.36 |
| 1/31/2023 | DEBIT | Same-Day ACH Payroll Payment 11009757822 to ########7300 | C.  Contract Labor | | | -335.26 |
| 1/31/2023 | DEBIT | Same-Day ACH Payroll Payment 11009757821 to ########3458 | C.  Contract Labor | | | -400.35 |
| 1/31/2023 | DEBIT | Same-Day ACH Payroll Payment 11009757829 to ########6909 | C.  Contract Labor | | | -1043.85 |
| 1/31/2023 | CHECK | CHECK 58796 | | | Labor | -50.75 |
| 1/31/2023 | CHECK | CHECK 58791 | | | Labor | -614.36 |
| 1/31/2023 | CHECK | CHECK 58780 | | | Labor | -288.14 |
| 1/31/2023 | DEBIT | Online RealTime payroll payment  11009758255 Payment Id REFERENCE#: 1009758255RX  to  0999 | C.  Contract Labor | | | -344.18 |
| 1/31/2023 | DEBIT | Online RealTime payroll payment  11009758254 Payment Id REFERENCE#: 1009758254RX  to  3015 | C.  Contract Labor | | | -538.51 |
| 1/31/2023 | DEBIT | Online RealTime payroll payment  11009757825 Payment Id REFERENCE#: 1009757825RX  to  5157 | C.  Contract Labor | | | -1021.61 |
| 1/31/2023 | DEBIT | Online RealTime payroll payment  11009757820 Payment Id REFERENCE#: 1009757820RX  to  7968 | C.  Contract Labor | | | -472.26 |
| 1/31/2023 | DEBIT | Online RealTime payroll payment  11009757823 Payment Id REFERENCE#: 1009757823RX  to  9779 | C.  Contract Labor | | | -254.15 |
| 1/31/2023 | DEBIT | Online RealTime payroll payment  11009757833 Payment Id REFERENCE#: 1009757833RX  to  9913 | C.  Contract Labor | | | -265.88 |
| 1/31/2023 | DEBIT | Online RealTime payroll payment  11009757831 Payment Id REFERENCE#: 1009757831RX  to  7296 | C.  Contract Labor | | | -318.8 |
| 1/31/2023 | DEBIT | Online RealTime payroll payment  11009757826 Payment Id REFERENCE#: 1009757826RX  to  1282 | C.  Contract Labor | | | -403.93 |
| 1/31/2023 | DEBIT | Online RealTime payroll payment  11009757819 Payment Id REFERENCE#: 1009757819RX  to  7869 | C.  Contract Labor | | | -416.46 |
| 1/31/2023 | DEBIT | Online RealTime payroll payment  11009757818 Payment Id REFERENCE#: 1009757818RX  to  6256 | C.  Contract Labor | | | -1500 |
| 1/31/2023 | DEBIT | Online RealTime payroll payment  11009757834 Payment Id REFERENCE#: 1009757834RX  to  6800 | C.  Contract Labor | | | -115.53 |
| 1/31/2023 | DEBIT | Online RealTime payroll payment  11009757832 Payment Id REFERENCE#: 1009757832RX  to  6721 | C.  Contract Labor | | | -351.09 |
| 1/31/2023 | DEBIT | Online RealTime payroll payment  11009757830 Payment Id REFERENCE#: 1009757830RX  to  6412 | C.  Contract Labor | | | -904.73 |
| 1/31/2023 | DEBIT | NIC*-FL SUNBIZ.ORG EGOV.COM FL      01/30 | W.  Other Operating Expenses | | | -377.5 |
| 1/31/2023 | DEBIT | RPS*BAINBRIDGE WINT 800-704-0154 FL      01/31 | W.  Other Operating Expenses | | | -2186.7 |
| 1/31/2023 | DEBIT | GOOGLE*YOUTUBE TV INTERNET CA      01/30 | W.  Other Operating Expenses | | | -90.15 |
| 1/30/2023 | CHECK | CHECK 58782 | | | Labor | -436.21 |
| 1/30/2023 | CHECK | CHECK 58771 | | | Labor | -1483.97 |
| 1/30/2023 | CHECK | CHECK 58799 | | | Labor | -904.73 |
| 1/30/2023 | CHECK | CHECK 58764 | | | Labor | -500 |
| 1/30/2023 | CHECK | CHECK 58714 | | | Labor | -274.66 |
| 1/30/2023 | DEBIT | ONLINE DOMESTIC WIRE TRANSFER VIA: FST PREM SX FLS/091408598 A/C: FINTECH TAMPA FL 33607 US R | F.  Inventory Payments | | | -2041 |

| Date | Type | Description | Category | | Amount |
|---|---|---|---|---|---|
| 1/30/2023 | CHECK | CHECK 58742 | | Labor | -1636.64 |
| 1/30/2023 | CHECK | CHECK 58787 | | Labor | -606.23 |
| 1/30/2023 | CHECK | CHECK 58772 | | Labor | -580.33 |
| 1/30/2023 | CHECK | CHECK 58775 | | Labor | -576.52 |
| 1/30/2023 | CHECK | CHECK 58773 | | Labor | -573.28 |
| 1/30/2023 | CHECK | CHECK 58776 | | Labor | -687.06 |
| 1/30/2023 | DEBIT | ORIG CO NAME:Toast, Inc        ORIG ID:1800948598 DESC DATE:      CO ENTRY DESCR:Toast, IncSEC:CCD | W.  Other Operating Expenses | | -1325.35 |
| 1/30/2023 | DEBIT | ORIG CO NAME:DAVO TECHNOLOGIE        ORIG ID:5330903620 DESC DATE:230127 CO ENTRY DESCR:B8036A | P.  Taxes Paid - Sales & Use | | -1521.14 |
| 1/30/2023 | DEBIT | ORIG CO NAME:DAVO TECHNOLOGIE        ORIG ID:5330903620 DESC DATE:230128 CO ENTRY DESCR:6D158A | P.  Taxes Paid - Sales & Use | | -1626.03 |
| 1/30/2023 | CHECK | CHECK 58766 | | Labor | -1096.62 |
| 1/30/2023 | CHECK | CHECK 58567 | | Labor | -242.39 |
| 1/30/2023 | CHECK | CHECK 58751 | | Labor | -443.58 |
| 1/30/2023 | DEBIT | Online RealTime vendor payment  11009603125 Payment Id REFERENCE#: 1009603125RX  to  Tru Island Yard  72 | Kitchen Sales | | -10008.49 |
| 1/30/2023 | DEBIT | Online RealTime vendor payment  11009602736 Payment Id REFERENCE#: 1009602736RX  to  Itzayana Yard 3344 | Kitchen Sales | | -3958.61 |
| 1/30/2023 | DEBIT | Online RealTime vendor payment  11009602719 Payment Id REFERENCE#: 1009602719RX  to  Itzayana Yard 3344 | Kitchen Sales | | -4413.82 |
| 1/30/2023 | DEBIT | ORIG CO NAME:CSM Distributing        ORIG ID:46-5110089 DESC DATE:012723 CO ENTRY DESCR:FintechEFTSE | F.  Inventory Payments | | -537 |
| 1/30/2023 | DEBIT | ORIG CO NAME:PREMIER BEVERAGE        ORIG ID:65-0772142 DESC DATE:012723 CO ENTRY DESCR:FINTEC | F.  Inventory Payments | | -1768.37 |
| 1/30/2023 | DEBIT | ORIG CO NAME:Southern Glazer'        ORIG ID:59-1285786 DESC DATE:012723 CO ENTRY DESCR:FintechEFTSE | F.  Inventory Payments | | -2403.2 |
| 1/27/2023 | CHECK | CHECK 58767 | | Labor | -100 |
| 1/27/2023 | CHECK | CHECK 58774 | | Labor | -842.35 |
| 1/27/2023 | DEBIT | ORIG CO NAME:DAVO TECHNOLOGIE        ORIG ID:5330903620 DESC DATE:230126 CO ENTRY DESCR:47281F | P.  Taxes Paid - Sales & Use | | -738.51 |
| 1/27/2023 | CHECK | CHECK 58793 | | Labor | -571.25 |
| 1/27/2023 | CHECK | CHECK 58789 01/27 | | Labor | -649.96 |
| 1/27/2023 | CHECK | CHECK 58792 | | Labor | -332.04 |
| 1/27/2023 | CHECK | CHECK 58784  01/27 | | Labor | -1313.34 |
| 1/27/2023 | DEBIT | ONLINE DOMESTIC WIRE TRANSFER VIA: FST PREM SX FLS/091408598 A/C: FINTECH TAMPA FL 33607 US R | F.  Inventory Payments | | -35 |
| 1/27/2023 | CHECK | CHECK 58759 | | Labor | -672.56 |
| 1/27/2023 | DEBIT | Online RealTime vendor payment  11009488795 Payment Id REFERENCE#: 1009488795RX  to  craig brad got me 8 | Kitchen Sales | | -1828.26 |
| 1/27/2023 | DEBIT | Online RealTime vendor payment  11009488796 Payment Id REFERENCE#: 1009488796RX  to  Hall Equipment Lea | Kitchen Sales | | -3925.16 |
| 1/26/2023 | DEBIT | ORIG CO NAME:DAVO TECHNOLOGIE        ORIG ID:5330903620 DESC DATE:230125 CO ENTRY DESCR:EE894 | P.  Taxes Paid - Sales & Use | | -631.17 |
| 1/26/2023 | DEBIT | Online Transfer to CHK ...8217 transaction#: 16383208053 01/26 | DIP account funding | | -10000 |
| 1/26/2023 | CHECK | CHECK 58761  01/26 | | Labor | -1221.75 |
| 1/26/2023 | CHECK | CHECK 58768 | | Labor | -619.85 |
| 1/26/2023 | CHECK | CHECK 58769 | | Labor | -354.76 |
| 1/26/2023 | DEBIT | ORIG CO NAME:City Beverages -        ORIG ID:59-3472640 DESC DATE:012523 CO ENTRY DESCR:FintechEFTSE | F.  Inventory Payments | | -335.72 |
| 1/26/2023 | DEBIT | PODS 9/100 888-7767637 FL            01/25 | W.  Other Operating Expenses | | -1095.25 |
| 1/25/2023 | CHECK | CHECK 58750 | | Labor | -1228.48 |
| 1/25/2023 | CHECK | CHECK 58710 | | Labor | -322.54 |
| 1/25/2023 | CHECK | CHECK 58758 | | Labor | -1750 |
| 1/25/2023 | DEBIT | ORIG CO NAME:REPUBLIC NATIONA        ORIG ID:20-5543506 DESC DATE:012423 CO ENTRY DESCR:FINTECH | F.  Inventory Payments | | -280 |
| 1/25/2023 | DEBIT | ROCKETLAW 877-757-15 WWW.ROCKETLAW CA        01/25 | K.  Professional Fees (accounting & legal) | | -39.99 |
| 1/25/2023 | DEBIT | FACEBK *Y947ML33S2 fb.me/ads CA        01/25 | A.  Advertising | | -130.86 |
| 1/25/2023 | DEBIT | PERMITTING CASHIER ORLANDO FL            01/24 | W.  Other Operating Expenses | | -743.52 |
| 1/24/2023 | CHECK | CHECK 58686 | | Labor | -220.03 |
| 1/24/2023 | CHECK | CHECK 58680 | | Labor | -401.36 |
| 1/24/2023 | CHECK | CHECK 58688 | | Labor | -677.04 |
| 1/24/2023 | CHECK | CHECK 58725 | | Labor | -761.74 |

| Date | Type | Description | Category | | | Amount |
|---|---|---|---|---|---|---|
| 1/24/2023 | CHECK | CHECK 58687 | | | Labor | -1036.13 |
| 1/24/2023 | CHECK | CHECK 58723 | | | Labor | -1923.07 |
| 1/24/2023 | CHECK | CHECK 58763 | | | Labor | -597.9 |
| 1/24/2023 | CHECK | CHECK 58760 | | | Labor | -616.2 |
| 1/24/2023 | DEBIT | ORIG CO NAME:City Beverages -       ORIG ID:59-3472640 DESC DATE:012323 CO ENTRY DESCR:FintechEFTSE | F.  Inventory Payments | | | -293.72 |
| 1/24/2023 | DEBIT | ORIG CO NAME:Cavalier Spirits       ORIG ID:45-4419315 DESC DATE:012323 CO ENTRY DESCR:FintechEFTSE | F.  Inventory Payments | | | -1496.94 |
| 1/24/2023 | DEBIT | ORIG CO NAME:DAVO TECHNOLOGIE       ORIG ID:5330903620 DESC DATE:230123 CO ENTRY DESCR:9D0E7 | P.  Taxes Paid - Sales & Use | | | -1518.9 |
| 1/24/2023 | DEBIT | ORIG CO NAME:DAVO TECHNOLOGIE       ORIG ID:5330903620 DESC DATE:230122 CO ENTRY DESCR:ABE0D | P.  Taxes Paid - Sales & Use | | | -2691.51 |
| 1/24/2023 | CHECK | CHECK 58639  01/24 | | | Labor | -1636.16 |
| 1/24/2023 | CHECK | CHECK 58765 | | | Labor | -512.12 |
| 1/24/2023 | DEBIT | Same-Day ACH Payroll Payment 11009111688 to #########2561 | C.  Contract Labor | | | -410.56 |
| 1/24/2023 | DEBIT | Online RealTime vendor payment  11009151794 Payment Id REFERENCE#: 1009151794RX  to  Itzayana Yard 3344 | Kitchen Sales | | | -7178.06 |
| 1/24/2023 | DEBIT | Same-Day ACH Payroll Payment 11009111684 to ########7350 | C.  Contract Labor | | | -693.75 |
| 1/24/2023 | DEBIT | Same-Day ACH Payroll Payment 11009111690 to ######1704 | C.  Contract Labor | | | -202.26 |
| 1/24/2023 | DEBIT | Same-Day ACH Payroll Payment 11009111678 to #####2949 | C.  Contract Labor | | | -255.98 |
| 1/24/2023 | DEBIT | Same-Day ACH Payroll Payment 11009111677 to #########3729 | C.  Contract Labor | | | -344.44 |
| 1/24/2023 | DEBIT | Same-Day ACH Payroll Payment 11009111682 to ########6909 | C.  Contract Labor | | | -354.65 |
| 1/24/2023 | DEBIT | Same-Day ACH Payroll Payment 11009111680 to ########3458 | C.  Contract Labor | | | -790.56 |
| 1/24/2023 | DEBIT | Same-Day ACH Payroll Payment 11009111686 to ########7300 | C.  Contract Labor | | | -572.7 |
| 1/24/2023 | DEBIT | Same-Day ACH Payroll Payment 11009096848 to ########6909 | C.  Contract Labor | | | -542.42 |
| 1/24/2023 | DEBIT | Same-Day ACH Payroll Payment 11009096844 to ########3458 | C.  Contract Labor | | | -605.82 |
| 1/24/2023 | DEBIT | Online RealTime payroll payment  11009111771 Payment Id REFERENCE#: 1009111771RX  to  7869 | C.  Contract Labor | | | -631.47 |
| 1/24/2023 | DEBIT | Online RealTime payroll payment  11009111683 Payment Id REFERENCE#: 1009111683RX  to  6721 | C.  Contract Labor | | | -388.51 |
| 1/24/2023 | DEBIT | Online RealTime payroll payment  11009111679 Payment Id REFERENCE#: 1009111679RX  to  1282 | C.  Contract Labor | | | -698.42 |
| 1/24/2023 | DEBIT | Online RealTime payroll payment  11009111692 Payment Id REFERENCE#: 1009111692RX  to  0999 | C.  Contract Labor | | | -77.42 |
| 1/24/2023 | DEBIT | Online RealTime payroll payment  11009111693 Payment Id REFERENCE#: 1009111693RX  to  7296 | C.  Contract Labor | | | -85.29 |
| 1/24/2023 | DEBIT | Online RealTime payroll payment  11009111685 Payment Id REFERENCE#: 1009111685RX  to  9779 | C.  Contract Labor | | | -91.28 |
| 1/24/2023 | DEBIT | Online RealTime payroll payment  11009111691 Payment Id REFERENCE#: 1009111691RX  to  7225 | C.  Contract Labor | | | -481.77 |
| 1/24/2023 | DEBIT | Online RealTime payroll payment  11009111687 Payment Id REFERENCE#: 1009111687RX  to  9913 | C.  Contract Labor | | | -489.61 |
| 1/24/2023 | DEBIT | Online RealTime payroll payment  11009111681 Payment Id REFERENCE#: 1009111681RX  to  5157 | C.  Contract Labor | | | -406.17 |
| 1/24/2023 | DEBIT | Online RealTime payroll payment  11009111689 Payment Id REFERENCE#: 1009111689RX  to  6800 | C.  Contract Labor | | | -135.85 |
| 1/24/2023 | DEBIT | FORMSWIFT.COM/CHARGE 888-311-2977 CA       01/24 | W.  Other Operating Expenses | | | -19.95 |

15-Feb-23                                                                                                    15Feb23-1109

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G15Feb23-1109**
Sequence number   Posting date   Amount



CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 31, 2022 through January 31, 2023
Account Number:                    i8217

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00007066 DRE 021 142 03423 NNNNNNNNNNN T 1 000000000 D2 0000

THE HALL AT THE YARD LLC
13518 WESTSHIRE DR
TAMPA FL 33618-2500





### We're changing how we charge fees for ACH Payment Services

On March 1, 2023 we'll remove the $25 monthly subscription fee, and you'll only pay when you use the service.

Here's how the fees will change:

**Today: Monthly subscription cost + transaction fees**
- $25 per month monthly subscription cost
- First 25 payments each month at no additional cost
- After that, each payment costs an additional $0.15 each

**Starting March 1: Transaction fees only**
- First 10 payments each month:  $2.50 each
- After that, each payment costs an additional $0.15 each

If you have questions, please call the number on this statement. We appreciate your business.

## CHECKING SUMMARY    Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.78 |
| Deposits and Additions | 5 | 87,387.19 |
| Electronic Withdrawals | 81 | -86,040.30 |
| Ending Balance | 86 | $1,347.67 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/26 | Deposit      1189178237 | 75,000.00 |
| 01/26 | Online Transfer From Chk ...5267 Transaction#: 16383208053 | 10,000.00 |
| 01/30 | Credit Return: Online ACH Payment 11009425558 To Orlandotorrey (_#####1704) | 737.19 |
| **Total Deposits and Additions** | | **$87,387.19** |

15-Feb-23                                                                    15Feb23-1109

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G15Feb23-1109**
Sequence number   Posting date   Amount

**CHASE** ⬡

December 31, 2022 through January 31, 2023
Account Number:            **8217**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/24 | Orig CO Name:Strategy Executi    Orig ID:1161630473 Desc Date:        CO Entry Descr:Tax<br>Col Sec:CCD   Trace#:242071752145316 Eed:230124  Ind ID:                      Ind<br>Name:The Hall At The Yard                                                                  Payroll<br>Tax Collect Trn: 0242145316Tc | 0.04 |
| 01/26 | 01/26 Online Realtime Vendor Payment 11009421204 Payment ID Reference#:<br>1009421204Rx  To  The Chef And I Yard 3996 | 10,588.53 |
| 01/26 | 01/26 Online Realtime Vendor Payment 11009421484 Payment ID Reference#:<br>1009421484Rx  To  Norma Yard 7482 | 7,018.55 |
| 01/26 | 01/26 Online Realtime Vendor Payment 11009421829 Payment ID Reference#:<br>1009421829Rx  To  Spice Affair Yard 8191 | 2,421.72 |
| 01/26 | 01/26 Online Realtime Vendor Payment 11009424344 Payment ID Reference#:<br>1009424344Rx  To  Tru Island Yard  7212 | 1,000.00 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439944 Payment ID Reference#:<br>1009439944Rx  To  5146 | 536.96 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439925 Payment ID Reference#:<br>1009439925Rx  To  4679 | 492.46 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439939 Payment ID Reference#:<br>1009439939Rx  To  6140 | 642.86 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439924 Payment ID Reference#:<br>1009439924Rx  To  8323 | 2,035.65 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439951 Payment ID Reference#:<br>1009439951Rx  To  7225 | 743.68 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439952 Payment ID Reference#:<br>1009439952Rx  To  6800 | 580.81 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439954 Payment ID Reference#:<br>1009439954Rx  To  8982 | 337.71 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439936 Payment ID Reference#:<br>1009439936Rx  To  2570 | 334.05 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439926 Payment ID Reference#:<br>1009439926Rx  To  8964 | 290.38 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439928 Payment ID Reference#:<br>1009439928Rx  To  0766 | 0.82 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439948 Payment ID Reference#:<br>1009439948Rx  To  8986 | 1,191.91 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439923 Payment ID Reference#:<br>1009439923Rx  To  7982 | 1,092.49 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439934 Payment ID Reference#:<br>1009439934Rx  To  5427 | 911.88 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439943 Payment ID Reference#:<br>1009439943Rx  To  7968 | 554.31 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439921 Payment ID Reference#:<br>1009439921Rx  To  3015 | 543.93 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439950 Payment ID Reference#:<br>1009439950Rx  To  5974 | 488.92 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439929 Payment ID Reference#:<br>1009439929Rx  To  1736 | 330.85 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439935 Payment ID Reference#:<br>1009439935Rx  To  9779 | 167.82 |

15-Feb-23

THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
GROUP ID G15Feb23-1109
Sequence number  Posting date  Amount

15Feb23-1109

## CHASE 🅾

December 31, 2022 through January 31, 2023

Account Number:          58217



### ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439947 Payment ID Reference#: 1009439947Rx To 6412 | 97.16 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439949 Payment ID Reference#: 1009439949Rx To 0956 | 1,904.18 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439922 Payment ID Reference#: 1009439922Rx To 0364 | 1,100.71 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439945 Payment ID Reference#: 1009439945Rx To 5595 | 1,055.06 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439941 Payment ID Reference#: 1009439941Rx To 2326 | 1,026.01 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439938 Payment ID Reference#: 1009439938Rx To 6888 | 598.31 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439957 Payment ID Reference#: 1009439957Rx To 7296 | 578.22 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439933 Payment ID Reference#: 1009439933Rx To 1514 | 559.22 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439920 Payment ID Reference#: 1009439920Rx To 7869 | 442.61 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439927 Payment ID Reference#: 1009439927Rx To 6624 | 1,170.11 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439946 Payment ID Reference#: 1009439946Rx To 5138 | 797.27 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439958 Payment ID Reference#: 1009439958Rx To 6550 | 702.49 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439942 Payment ID Reference#: 1009439942Rx To 6721 | 501.12 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439937 Payment ID Reference#: 1009439937Rx To 1282 | 398.49 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439940 Payment ID Reference#: 1009439940Rx To 9329 | 316.37 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439959 Payment ID Reference#: 1009439959Rx To 1128 | 265.86 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439932 Payment ID Reference#: 1009439932Rx To 1895 | 1,353.03 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439955 Payment ID Reference#: 1009439955Rx To 9313 | 651.67 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439956 Payment ID Reference#: 1009439956Rx To 8098 | 125.15 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009439953 Payment ID Reference#: 1009439953Rx To 0999 | 685.30 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009440780 Payment ID Reference#: 1009440780Rx To 1387 | 1,121.18 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009440782 Payment ID Reference#: 1009440782Rx To 8167 | 1,490.70 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009440781 Payment ID Reference#: 1009440781Rx To 5157 | 349.05 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009440779 Payment ID Reference#: 1009440779Rx To 9710 | 551.54 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009442003 Payment ID Reference#: 1009442003Rx To 0297 | 595.86 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009445898 Payment ID Reference#: 1009445898Rx To 8565 | 3,003.44 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009445895 Payment ID Reference#: 1009445895Rx To 2878 | 2,383.58 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009445897 Payment ID Reference#: 1009445897Rx To 0557 | 1,212.12 |
| 01/26 | 01/26 Online Realtime Payroll Payment 11009445896 Payment ID Reference#: 1009445896Rx To 0725 | 1,431.96 |

15-Feb-23                                                                                      15Feb23-1109

THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
GROUP ID G15Feb23-1109
Sequence number   Posting date   Amount

## CHASE ○

December 31, 2022 through January 31, 2023
Account Number:                68217

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/26 | 01/26 Online ACH Payment 11009425559 To Orlandoroyce (_######1155) | 1,563.95 |
| 01/26 | 01/26 Online ACH Payment 11009425539 To Orlandochristopher (_##########2086) | 244.89 |
| 01/26 | 01/26 Online ACH Payment 11009425540 To Orlandodylan (_#######7300) | 1,093.14 |
| 01/26 | 01/26 Online ACH Payment 11009425564 To Orlandoahriah (_####2232) | 830.27 |
| 01/26 | 01/26 Online ACH Payment 11009425563 To Orlandoaanovia (_#######6909) | 677.94 |
| 01/26 | 01/26 Online ACH Payment 11009425560 To Orlandotonysmall (_#######9972) | 652.68 |
| 01/26 | 01/26 Online ACH Payment 11009425557 To Orlandojorge (_#########9458) | 2,597.58 |
| 01/26 | 01/26 Online ACH Payment 11009425555 To Orlandonanichi (_#######3458) | 700.30 |
| 01/26 | 01/26 Online ACH Payment 11009425565 To Orlandoty (_##########2561) | 688.36 |
| 01/26 | 01/26 Online ACH Payment 11009425537 To Orlandodestiny (_########7350) | 582.90 |
| 01/26 | 01/26 Online ACH Payment 11009425551 To Orlandojoseph (_#####0568) | 141.81 |
| 01/26 | 01/26 Online ACH Payment 11009425562 To Orlandorichard (_####4531) | 2,056.42 |
| 01/26 | 01/26 Online ACH Payment 11009425554 To Orlandoasha (_##########6255) | 1,883.26 |
| 01/26 | 01/26 Online ACH Payment 11009425558 To Orlandotorrey (_####1704) | 737.19 |
| 01/26 | 01/26 Online ACH Payment 11009425542 To Orlandoangie (_#####6804) | 433.87 |
| 01/26 | 01/26 Online ACH Payment 11009425561 To Orlandonicole (_#####5780) | 1,260.92 |
| 01/26 | 01/26 Online ACH Payment 11009425567 To Shealalabenita (_########5170) | 967.96 |
| 01/26 | 01/26 Online ACH Payment 11009425566 To Orlandotakayla (_#######5768) | 416.56 |
| 01/26 | 01/26 Online ACH Payment 11009425541 To Orlandoalberto (_#####2949) | 337.10 |
| 01/26 | 01/26 Online ACH Payment 11009425536 To Orlandocherice (_#######6450) | 2,361.82 |
| 01/26 | 01/26 Online ACH Payment 11009425538 To Orlandomikyala (_#####9797) | 707.48 |
| 01/26 | 01/26 Online ACH Payment 11009425556 To Orlandoshelneca (_#####3063) | 595.74 |
| 01/26 | 01/26 Online ACH Payment 11009425996 To Orlandojaylen (_######0787) | 613.50 |
| 01/27 | 01/27 Same-Day ACH Payroll Payment 11009520155 To ########6909 | 247.00 |
| 01/27 | 01/27 Same-Day ACH Payroll Payment 11009520154 To ########3458 | 293.56 |
| 01/30 | 01/29 Online Transfer To Chk ...5267 Transaction#: 16403951045 | 3,000.00 |
| **Total Electronic Withdrawals** | | **$86,040.30** |

The fees for this account are included in the fee information for account 000000600575267.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 01/19 | $0.78 |
| 01/20 | 50.78 |
| 01/24 | 50.74 |
| 01/26 | 4,151.04 |
| 01/27 | 3,610.48 |
| 01/30 | 1,347.67 |



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 31, 2022 through January 31, 2023
Account Number:          **5267**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00039702 DRE 021 210 03423 NNNNNNNNNNN  1 000000000 D3 0000
THE HALL AT THE YARD LLC
13518 WESTSHIRE DR
TAMPA FL 33618-2500

## We're changing how we charge fees for ACH Payment Services

On March 1, 2023 we'll remove the $25 monthly subscription fee, and you'll only pay when you use the service.

Here's how the fees will change:

**Today: Monthly subscription cost + transaction fees**
- $25 per month monthly subscription cost
- First 25 payments each month at no additional cost
- After that, each payment costs an additional $0.15 each

**Starting March 1: Transaction fees only**
- First 10 payments each month:  $2.50 each
- After that, each payment costs an additional $0.15 each

If you have questions, please call the number on this statement. We appreciate your business.

## CHECKING SUMMARY    Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$34,574.57** |
| Deposits and Additions | 58 | 993,529.57 |
| Checks Paid | 190 | -140,286.94 |
| ATM & Debit Card Withdrawals | 35 | -19,065.90 |
| Electronic Withdrawals | 342 | -779,964.54 |
| Other Withdrawals | 1 | -9,370.00 |
| Fees | 1 | -547.00 |
| **Ending Balance** | **627** | **$78,869.76** |



December 31, 2022 through January 31, 2023

Account Number:                    **75267**



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/24 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:012323 CO Entry Descr:Net SetImtsec:PPD   Trace#:011500122732935 Eed:230124  Ind ID: Ind Name:Tst* The Hall On The Y Trn: 0242732935Tc | 24,899.95 |
| 01/24 | Online Transfer From Chk ...8055 Transaction#: 16368194088 | 8,000.00 |
| 01/24 | Orig CO Name:Uber USA 6787          Orig ID:3320456349 Desc Date:Jan 22 CO Entry Descr:EDI Paymntsec:CCD    Trace#:028000082185230 Eed:230124   Ind ID:Iwy4Bay7Udefx1O       Ind Name:The Hall At The Yard L     Ref*TN*Iwy4Bay7Ud\ 8S5Hwe8MO0Lvqp8 Tm: 0242185230Tc | 573.11 |
| 01/25 | Online Transfer From Chk ...8055 Transaction#: 16374870180 | 4,700.00 |
| 01/26 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:012523 CO Entry Descr:Net SetImtsec:PPD    Trace#:011500129136405 Eed:230126  Ind ID: Ind Name:Tst* The Hall On The Y Trn: 0269136405Tc | 9,542.55 |
| 01/27 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:012623 CO Entry Descr:Net SetImtsec:PPD    Trace#:011500123512339 Eed:230127  Ind ID: Ind Name:Tst* The Hall On The Y Trn: 0273512339Tc | 12,370.14 |



December 31, 2022 through January 31, 2023

Account Number:                    ī75267

# DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/27 | Orig CO Name:Doordash, Inc.        Orig ID:4270465600 Desc Date:        CO Entry Descr:1412 Aldensec:CCD    Trace#:111000022632365 Eed:230127   Ind ID:St-W3K5N3B3X5W8          Ind Name:The Hall At The Yard L Trn: 0272632365Tc | 284.49 |
| 01/30 | Orig CO Name:Citizens            Orig ID:1264535957 Desc Date:012923 CO Entry Descr:Net SetImtsec:PPD    Trace#:011500122284428 Eed:230130   Ind ID: Ind Name:Tst* The Hall On The Y Trn: 0302284428Tc | 39,174.57 |
| 01/30 | Orig CO Name:Citizens            Orig ID:1264535957 Desc Date:012823 CO Entry Descr:Net SetImtsec:PPD    Trace#:011500122227942 Eed:230130   Ind ID: Ind Name:Tst* The Hall On The Y Trn: 0302227942Tc | 35,508.54 |
| 01/30 | Orig CO Name:Citizens            Orig ID:1264535957 Desc Date:012723 CO Entry Descr:Net SetImtsec:PPD    Trace#:011500121875005 Eed:230130   Ind ID: Ind Name:Tst* The Hall On The Y Trn: 0301875005Tc | 22,743.09 |
| 01/30 | Online Transfer From Chk ...8217 Transaction#: 16403951045 | 3,000.00 |
| 01/31 | Orig CO Name:Citizens            Orig ID:1264535957 Desc Date:013023 CO Entry Descr:Net SetImtsec:PPD    Trace#:011500123698350 Eed:230131   Ind ID: Ind Name:Tst* The Hall On The Y Trn: 0313698350Tc | 25,558.30 |
| 01/31 | Orig CO Name:Uber USA 6787        Orig ID:3320456349 Desc Date:Jan 29 CO Entry Descr:EDI Paymntsec:CCD    Trace#:028000083571635 Eed:230131   Ind ID:L26D2B5Yrsbqrl9          Ind Name:The Hall At The Yard L    Ref*TN*L26D2B5Yrs\ 87H9M0PhOYv15W3 Trn: 0313571635Tc | 735.07 |

**Total Deposits and Additions**                 **$993,529.57**

# CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|



December 31, 2022 through January 31, 2023

Account Number: **75267**

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 58639 ^ | | 01/24 | 1,636.16 |
| 58680 ^ | | 01/24 | 401.36 |



December 31, 2022 through January 31, 2023
Account Number:                    75267

## CHECKS PAID (continued)



| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 58723  ^ | | 01/24 | 1,923.07 |
| 58725  * ^ | | 01/24 | 761.74 |
| 58737  * ^ | | 01/31 | 354.00 |
| 58742  * ^ | | 01/30 | 1,636.64 |
| 58750  * ^ | | 01/25 | 1,228.48 |
| 58751  ^ | | 01/30 | 443.58 |
| 58758  ^ | | 01/25 | 1,750.00 |
| 58759  ^ | | 01/27 | 672.56 |
| 58760  ^ | | 01/24 | 616.20 |
| 58761  ^ | 01/26 | 01/26 | 1,221.75 |
| 58762  ^ | | 01/31 | 338.94 |
| 58763  ^ | | 01/24 | 597.90 |
| 58764  ^ | | 01/30 | 500.00 |
| 58765  ^ | | 01/24 | 512.12 |
| 58766  ^ | | 01/30 | 1,096.62 |
| 58767  ^ | | 01/27 | 100.00 |
| 58768  ^ | | 01/26 | 619.85 |
| 58769  ^ | | 01/26 | 354.76 |
| 58771  * ^ | | 01/30 | 1,483.97 |
| 58772  ^ | | 01/30 | 580.33 |
| 58773  ^ | | 01/30 | 573.28 |
| 58774  ^ | | 01/27 | 842.35 |
| 58775  ^ | | 01/30 | 576.52 |
| 58776  ^ | | 01/30 | 687.06 |
| 58780  * ^ | | 01/31 | 288.14 |
| 58782  * ^ | | 01/30 | 436.21 |
| 58783  ^ | | 01/31 | 168.34 |
| 58784  ^ | 01/27 | 01/27 | 1,313.34 |



December 31, 2022 through January 31, 2023

Account Number: **75267**

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 58787 * ^ | | 01/30 | 606.23 |
| 58789 * ^ | 01/27 | 01/27 | 649.96 |
| 58791 * ^ | | 01/31 | 614.36 |
| 58792 ^ | | 01/27 | 332.04 |
| 58793 ^ | | 01/27 | 571.25 |
| 58794 ^ | | 01/31 | 223.34 |
| 58796 * ^ | | 01/31 | 50.75 |
| 58799 * ^ | | 01/30 | 904.73 |
| 58808 * ^ | | 01/31 | 703.42 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/24 | Card Purchase | 01/24 Formswift.Com/Charge 888-311-2977 CA Card 3085 | 19.95 |
| 01/25 | Card Purchase | 01/24 Permitting Cashier Orlando FL Card 3085 | 743.52 |



December 31, 2022 through January 31, 2023

Account Number:                    **75267**

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/25 | Card Purchase | 01/25 Facebk *Y947MI33S2 Fb.ME/Ads CA Card 3085 | 130.86 |
| 01/25 | Recurring Card Purchase 01/25 Rocketlaw 877-757-15 Www.Rocketlaw CA Card 3085 | | 39.99 |
| 01/26 | Card Purchase | 01/25 Pods 9/100 888-7767637 FL Card 3085 | 1,095.25 |
| 01/31 | Card Purchase | 01/30 Google*Youtube Tv Internet CA Card 3085 | 90.15 |
| 01/31 | Card Purchase | 01/31 Rps*Bainbridge Wint 800-704-0154 FL Card 3085 | 2,186.70 |
| 01/31 | Card Purchase | 01/30 Nic*-FL Sunbiz.Org Egov.Com FL Card 3085 | 377.50 |
| 01/31 | Card Purchase | 01/31 Intuit *Qbooks Onlin Cl.Intuit.Com CA Card 3085 | 15.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$19,065.90** |

## ATM & DEBIT CARD SUMMARY

Jamal Malek Wilson  Card 3085

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $19,065.90 |
| Total Card Deposits & Credits | $1,644.22 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $19,065.90 |
| Total Card Deposits & Credits | $1,644.22 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|





December 31, 2022 through January 31, 2023

Account Number: **75267**

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/24 | 01/24 Online Realtime Payroll Payment  11009111689 Payment ID Reference#: 1009111689Rx  To  6800 | 135.85 |
| 01/24 | 01/24 Online Realtime Payroll Payment  11009111681 Payment ID Reference#: 1009111681Rx  To  5157 | 406.17 |
| 01/24 | 01/24 Online Realtime Payroll Payment  11009111687 Payment ID Reference#: 1009111687Rx  To  9913 | 489.61 |
| 01/24 | 01/24 Online Realtime Payroll Payment  11009111691 Payment ID Reference#: 1009111691Rx  To  7225 | 481.77 |
| 01/24 | 01/24 Online Realtime Payroll Payment  11009111685 Payment ID Reference#: 1009111685Rx  To  9779 | 91.28 |
| 01/24 | 01/24 Online Realtime Payroll Payment  11009111693 Payment ID Reference#: 1009111693Rx  To  7296 | 85.29 |
| 01/24 | 01/24 Online Realtime Payroll Payment  11009111692 Payment ID Reference#: 1009111692Rx  To  0999 | 77.42 |
| 01/24 | 01/24 Online Realtime Payroll Payment  11009111679 Payment ID Reference#: 1009111679Rx  To  1282 | 698.42 |
| 01/24 | 01/24 Online Realtime Payroll Payment  11009111683 Payment ID Reference#: 1009111683Rx  To  6721 | 388.51 |
| 01/24 | 01/24 Online Realtime Payroll Payment  11009111771 Payment ID Reference#: 1009111771Rx  To  7869 | 631.47 |
| 01/24 | 01/24 Same-Day ACH Payroll Payment 11009096844 To ########3458 | 605.82 |
| 01/24 | 01/24 Same-Day ACH Payroll Payment 11009096848 To ########6909 | 542.42 |
| 01/24 | 01/24 Same-Day ACH Payroll Payment 11009111686 To ########7300 | 572.70 |
| 01/24 | 01/24 Same-Day ACH Payroll Payment 11009111680 To ########3458 | 790.56 |
| 01/24 | 01/24 Same-Day ACH Payroll Payment 11009111682 To ########6909 | 354.65 |
| 01/24 | 01/24 Same-Day ACH Payroll Payment 11009111677 To #########3729 | 344.44 |
| 01/24 | 01/24 Same-Day ACH Payroll Payment 11009111678 To #####2949 | 255.98 |
| 01/24 | 01/24 Same-Day ACH Payroll Payment 11009111690 To ######1704 | 202.26 |
| 01/24 | 01/24 Same-Day ACH Payroll Payment 11009111684 To ########7350 | 693.75 |
| 01/24 | 01/24 Online Realtime Vendor Payment  11009151794 Payment ID Reference#: 1009151794Rx  To  Itzayana Yard 3344 | 7,178.06 |
| 01/24 | 01/24 Same-Day ACH Payroll Payment 11009111688 To #########2561 | 410.56 |
| 01/24 | Orig CO Name:Davo Technologie      Orig ID:5330903620 Desc Date:230122 CO Entry Descr:Abe0D47A-9Sec:PPD  Trace#:091000017748848 Eed:230124  Ind ID: Ind Name:The Hall On The Yard - Tm: 0247748848Tc | 2,691.51 |
| 01/24 | Orig CO Name:Davo Technologie      Orig ID:5330903620 Desc Date:230123 CO Entry Descr:9D0E71Ed-Fsec:PPD  Trace#:091000017748850 Eed:230124  Ind ID: Ind Name:The Hall On The Yard - Tm: 0247748850Tc | 1,518.90 |
| 01/24 | Orig CO Name:Cavalier Spirits      Orig ID:45-4419315 Desc Date:012323 CO Entry Descr:Fintecheftsec:CCD  Trace#:09140859773 8721 Eed:230124  Ind ID:83-1284578 Ind Name:The Hall At The Yard Tm: 0247738721Tc | 1,496.94 |
| 01/24 | Orig CO Name:City Beverages -      Orig ID:59-3472640 Desc Date:012323 CO Entry Descr:Fintecheftsec:CCD  Trace#:09140859773 8725 Eed:230124  Ind ID:83-1284578 Ind Name:The Hall At The Yard Tm: 0247738725Tc | 293.72 |



December 31, 2022 through January 31, 2023

Account Number:                    **75267**

# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/25 | Orig CO Name:Republic Nationa     Orig ID:20-5543506 Desc Date:012423 CO Entry Descr:Fintecheftsec:CCD    Trace#:041000127857281 Eed:230125   Ind ID:83-1284578 Ind Name:The Hall At The Yard Tm: 0257857281Tc | 280.00 |
| 01/26 | Orig CO Name:City Beverages -     Orig ID:59-3472640 Desc Date:012523 CO Entry Descr:Fintecheftsec:CCD    Trace#:091408597515926 Eed:230126   Ind ID:83-1284578 Ind Name:The Hall At The Yard Tm: 0267515926Tc | 335.72 |
| 01/26 | 01/26 Online Transfer To Chk ...8217 Transaction#: 16383208053 | 10,000.00 |
| 01/26 | Orig CO Name:Davo Technologie     Orig ID:5330903620 Desc Date:230125 CO Entry Descr:Ee894Ee4-1Sec:PPD    Trace#:091000012498526 Eed:230126   Ind ID: Ind Name:The Hall On The Yard - Tm: 0262498526Tc | 631.17 |
| 01/27 | 01/27 Online Realtime Vendor Payment  11009488796 Payment ID Reference#: 1009488796Rx  To  Hall Equipment Leasing LLC 1972 | 3,925.16 |
| 01/27 | 01/27 Online Realtime Vendor Payment  11009488795 Payment ID Reference#: 1009488795Rx  To  Craig Brad Got ME 8883 | 1,828.26 |
| 01/27 | 01/27 Online Domestic Wire Transfer Via: Fst Prem Sx Fls/091408598 A/C: Fintech Tampa FL 33607 US Ref: The Hall On Mag/Bnf/Fintech.Net Imad: 0127B1Qgc06C007855 Trn: 3296553027Es | 35.00 |
| 01/27 | Orig CO Name:Davo Technologie     Orig ID:5330903620 Desc Date:230126 CO Entry Descr:47281F2A-5Sec:PPD    Trace#:091000017053131 Eed:230127   Ind ID: Ind Name:The Hall On The Yard - Tm: 0277053131Tc | 738.51 |
| 01/30 | Orig CO Name:Southern Glazer'     Orig ID:59-1285786 Desc Date:012723 CO Entry Descr:Fintecheftsec:CCD    Trace#:091408596891705 Eed:230130 Ind ID:83-1284578 Ind Name:The Hall At The Yard Tm: 0306891705Tc | 2,403.20 |
| 01/30 | Orig CO Name:Premier Beverage     Orig ID:65-0772142 Desc Date:012723 CO Entry Descr:Fintecheftsec:CCD    Trace#:041000126868243 Eed:230130   Ind ID:83-1284578 Ind Name:The Hall At The Yard Tm: 0306868243Tc | 1,768.37 |
| 01/30 | Orig CO Name:Csm Distributing     Orig ID:46-5110089 Desc Date:012723 CO Entry Descr:Fintecheftsec:CCD    Trace#:091408596891697 Eed:230130   Ind ID:83-1284578 Ind Name:The Hall At The Yard Tm: 0306891697Tc | 537.00 |
| 01/30 | 01/30 Online Realtime Vendor Payment  11009602719 Payment ID Reference#: 1009602719Rx  To  Itzayana Yard 3344 | 4,413.82 |
| 01/30 | 01/30 Online Realtime Vendor Payment  11009602736 Payment ID Reference#: 1009602736Rx  To  Itzayana Yard 3344 | 3,958.61 |
| 01/30 | 01/30 Online Realtime Vendor Payment  11009603125 Payment ID Reference#: 1009603125Rx  To  Tru Island Yard 7212 | 10,008.49 |
| 01/30 | Orig CO Name:Davo Technologie     Orig ID:5330903620 Desc Date:230128 CO Entry Descr:6D158A67-6Sec:PPD    Trace#:091000018422583 Eed:230130   Ind ID: Ind Name:The Hall On The Yard - Tm: 0308422583Tc | 1,626.03 |
| 01/30 | Orig CO Name:Davo Technologie     Orig ID:5330903620 Desc Date:230127 CO Entry Descr:B8036Ac6-Dsec:PPD    Trace#:091000018423757 Eed:230130   Ind ID: Ind Name:The Hall On The Yard - Tm: 0308423757Tc | 1,521.14 |
| 01/30 | Orig CO Name:Toast, Inc     Orig ID:1800948598 Desc Date:     CO Entry Descr:Toast, Incsec:CCD    Trace#:091000018422655 Eed:230130   Ind ID:St-U0O3K1B1I9F3     Ind Name:The Hall At Midtown Tm: 0308422655Tc | 1,325.35 |
| 01/30 | 01/30 Online Domestic Wire Transfer Via: Fst Prem Sx Fls/091408598 A/C: Fintech Tampa FL 33607 US Ref: The Hall On Franklin/Bnf/Fintech.Net Imad: 0130B1Qgc08C020026 Trn: 3478813030Es | 2,041.74 |
| 01/31 | 01/31 Online Realtime Payroll Payment  11009757830 Payment ID Reference#: 1009757830Rx  To  6412 | 904.73 |
| 01/31 | 01/31 Online Realtime Payroll Payment  11009757832 Payment ID Reference#: 1009757832Rx  To  6721 | 351.09 |
| 01/31 | 01/31 Online Realtime Payroll Payment  11009757834 Payment ID Reference#: 1009757834Rx  To  6800 | 115.53 |
| 01/31 | 01/31 Online Realtime Payroll Payment  11009757818 Payment ID Reference#: 1009757818Rx  To  6256 | 1,500.00 |
| 01/31 | 01/31 Online Realtime Payroll Payment  11009757819 Payment ID Reference#: 1009757819Rx  To  7869 | 416.46 |
| 01/31 | 01/31 Online Realtime Payroll Payment  11009757826 Payment ID Reference#: 1009757826Rx  To  1282 | 403.93 |





December 31, 2022 through January 31, 2023

Account Number:                    575267

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/31 | 01/31 Online Realtime Payroll Payment  11009757831 Payment ID Reference#: 1009757831Rx  To  7296 | 318.80 |
| 01/31 | 01/31 Online Realtime Payroll Payment  11009757833 Payment ID Reference#: 1009757833Rx  To  9913 | 265.88 |
| 01/31 | 01/31 Online Realtime Payroll Payment  11009757823 Payment ID Reference#: 1009757823Rx  To  9779 | 254.15 |
| 01/31 | 01/31 Online Realtime Payroll Payment  11009757820 Payment ID Reference#: 1009757820Rx  To  7968 | 472.26 |
| 01/31 | 01/31 Online Realtime Payroll Payment  11009757825 Payment ID Reference#: 1009757825Rx  To  5157 | 1,021.61 |
| 01/31 | 01/31 Online Realtime Payroll Payment  11009758254 Payment ID Reference#: 1009758254Rx  To  3015 | 538.51 |
| 01/31 | 01/31 Online Realtime Payroll Payment  11009758255 Payment ID Reference#: 1009758255Rx  To  0999 | 344.18 |
| 01/31 | 01/31 Same-Day ACH Payroll Payment 11009757829 To ########6909 | 1,043.85 |
| 01/31 | 01/31 Same-Day ACH Payroll Payment 11009757821 To ########3458 | 400.35 |
| 01/31 | 01/31 Same-Day ACH Payroll Payment 11009757822 To ########7300 | 335.26 |
| 01/31 | 01/31 Same-Day ACH Payroll Payment 11009757827 To ########7350 | 187.36 |
| 01/31 | 01/31 Same-Day ACH Payroll Payment 11009757824 To ######2949 | 460.67 |
| 01/31 | 01/31 Same-Day ACH Payroll Payment 11009757828 To #########2561 | 214.27 |
| 01/31 | 01/31 Same-Day ACH Payroll Payment 11009758253 To ##########3729 | 158.02 |
| 01/31 | 01/31 Same-Day ACH Payroll Payment 11009797714 To ######1704 | 737.19 |
| 01/31 | Orig CO Name:Teco/People Gas       Orig ID:2803339001 Desc Date:        CO Entry Descr:Utilitybilsec:Web   Trace#:021000028721034 Eed:230131  Ind ID:221008273130 Ind Name:The Hall At The Yard L Direct Debiting Trn: 0318721034Tc | 3,181.27 |
| 01/31 | Orig CO Name:Davo Technologie      Orig ID:5330903620 Desc Date:230129 CO Entry Descr:A5B8462F-9Sec:PPD   Trace#:091000018721024 Eed:230131   Ind ID: Ind Name:The Hall On The Yard - Trn: 0318721024Tc | 2,434.20 |
| 01/31 | Orig CO Name:Davo Technologie      Orig ID:5330903620 Desc Date:230130 CO Entry Descr:123296Af-2Sec:PPD  Trace#:091000018721026 Eed:230131   Ind ID: Ind Name:The Hall On The Yard - Trn: 0318721026Tc | 1,632.76 |
| 01/31 | Orig CO Name:Cavalier Spirits      Orig ID:45-4419315 Desc Date:013023 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408598704652 Eed:230131   Ind ID:83-1284578 Ind Name:The Hall At The Yard Trn: 0318704652Tc | 394.98 |
| **Total Electronic Withdrawals** | | **$779,964.54** |

## OTHER WITHDRAWALS

## FEES

You were charged a monthly service fee of $30.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $19,728.00.



December 31, 2022 through January 31, 2023

Account Number: **75267**



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 01/03 | $6,424.77 | 01/13 | 26.90 | 01/24 | 18,159.25 |
| 01/04 | 8,996.08 | 01/17 | 19,666.83 | 01/25 | 18,363.86 |
| 01/05 | 4,598.92 | 01/18 | 89.04 | 01/26 | 13,647.91 |
| 01/06 | 11,132.20 | 01/19 | 1,642.25 | 01/27 | 15,294.11 |
| 01/09 | 69,437.72 | 01/20 | 748.96 | 01/30 | 76,074.34 |
| 01/10 | 66,476.27 | 01/23 | 14,525.95 | 01/31 | 78,869.76 |
| 01/12 | 10,141.28 | | | | |

## SERVICE CHARGE SUMMARY

Chase Performance Business Checking Accounts Included:  00000000000628768217

| | |
|---|---|
| Maintenance Fee | $30.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $461.20 |
| **Total Service Charges** | **$491.20** Will be assessed on 2/3/23 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 550 |
| Deposits / Credits | 38 |
| Deposited Items | 3 |
| **Total Transactions** | **591** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|-------------|--------|---------|---------|------------|-------|
| Your Product Includes: | | | | | |
| **ACCOUNT** 000000600575267 | | | | | |
| Monthly Service Fee | 1 | | | $30.00 | $30.00 |
| Transactions | 591 | 0 | 591 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$30.00** |
| **Other Fees** | | | | | |
| Electronic Items Deposited | 3 | 999,999,999 | 0 | $0.40 | $0.00 |
| Electronic Credits | 36 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 553 | 250 | 303 | $0.40 | $121.20 |
| Online Domestic Wire Fee | 13 | 2 | 11 | $25.00 | $275.00 |
| Stop Payments - Manual | 2 | 0 | 2 | $30.00 | $60.00 |
| Online - Tax / Payroll Return | 2 | 0 | 2 | $2.50 | $5.00 |
| Service Fee For Service Code 06890 | 34 | 0 | 34 | $0.00 | $0.00 |
| Debit Block Maintenance | 1 | 0 | 1 | $0.00 | $0.00 |
| ACH Debit Block - Authorized ID | 1 | 0 | 1 | $0.00 | $0.00 |
| **Total Service Charge (Will be assessed on 2/3/23)** | | | | | **$491.20** |
| **ACCOUNT** 000000600575267 | | | | | |
| Monthly Service Fee | 1 | | | | |
| Electronic Items Deposited | 2 | | | | |
| Electronic Credits | 36 | | | | |
| Non-Electronic Transactions | 497 | | | | |
| Online Domestic Wire Fee | 13 | | | | |
| Online - Tax / Payroll Return | 1 | | | | |