UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Chapter 11, Subchapter V

THE HALL AT THE YARD, LLC                Case No. 8:23-bk-250-CPM

      Debtor.

_____/

**FIRST AND FINAL APPLICATION OF STICHTER, RIEDEL,
BLAIN & POSTLER, P.A. FOR ALLOWANCE AND PAYMENT OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS ATTORNEYS FOR DEBTOR FOR
THE PERIOD OF JANUARY 24, 2023, THROUGH MARCH 8, 2023**

**Summary of Request for Allowance**

| | |
|---|---:|
| *Name of Applicant:* | Stichter, Riedel, Blain & Postler, P.A. |
| *Services Provided to:* | Debtor |
| *Date of Retention:* | January 24, 2023 |
| *Period for this Application:* | January 24, 2023, through March 8, 2023 |
| *Amount of Fees Sought:* | $24,515.00 |
| *Amount of Expense Reimbursement Sought:* | $887.54 |
| *Amount of Original Retainer:* | $32,500.00 |
| *Current Balance of Retainer:* | $14,948.70 |
| *Blended Hourly Rate this Application:* | $344.80 |
| *Cumulative Blended Hourly Rate:* | N/A |
| *Interim or Final Application:* | Final |
| ***Prior Fee Applications: N/A*** | |

Stichter, Riedel, Blain & Postler, P.A. ("**Stichter Riedel**") respectfully applies to this Court for allowance and payment of compensation for services rendered in the amount of **$24,515.00** and reimbursement of expenses incurred in the amount of **$887.54,** for a total allowance of **$25,402.54** for the period of January 24, 2023, through March 8, 2023 (the "**Application Period**"). In support of its request, Stichter Riedel states the following:

## Background

1.      On January 24, 2023 (the "**Petition Date**"), the Debtor filed its Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and an election to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

2.      Effective as of March 9, 2023, Edward J. Peterson became associated with Johnson Pope Bokor Ruppel & Burns, LLP.  Consequently, Stichter Riedel no longer represents the Debtor.

## Summary of Requested Compensation

3.      Stichter Riedel seeks compensation in the amount of **$24,515.00** for services rendered to the Debtor during the Application Period.  Stichter Riedel also seeks reimbursement in the amount of **$887.54** for the actual, reasonable, and necessary out-of-pocket expenses incurred in rendering services to the Debtor during the Application Period.  The amounts requested, broken down by producer and producer hours, categories of services performed, and time periods to match billing statements, are summarized as follows:

| | |
|---|---|
| **Exhibit A** | Detail of Professional and Paraprofessional Time |
| **Exhibit B** | Summary of Professional and Paraprofessional Time by Activity Code Categories |
| **Exhibit C** | Summary of Professional and Paraprofessional Time by Timekeeper |
| **Exhibit D** | Summary of Expenses |
| **Exhibit E** | Detail of Expenses |

4856-0693-5383, v. 1

**Narrative Description of Services Performed**

4.     During the Application Period, Stichter Riedel expended a total of 71.1 hours in rendering necessary and substantially beneficial legal services to the Debtor.  Pursuant to the Guidelines, Stichter Riedel has categorized the services performed by it on behalf of the Debtor into various task code categories, each dealing with a separate subject matter.  A narrative description of the services rendered by Stichter Riedel in each of these task categories is set forth below:

*Case Administration*

5.     Services provided by Stichter Riedel in this category include: (a) advising the Debtor with respect to its powers and duties as a debtor in possession in Chapter 11 and the continued preservation of assets; (b) advising the Debtor as to compliance with the United States Trustee's operating guidelines and reporting requirements and the rules and procedures of this Court; (c) preparing and filing with the Court the schedules and statement of financial affairs and amendments thereto; (d) preparing and filing with the Court the case management summary; (e) compiling, reviewing, and filing the financial documents; (f) communicating with the Office of the United States Trustee, the Subchapter V Trustee, creditors, and other constituents; (g) compiling, reviewing, and providing documents to the Office of the United States Trustee and the Subchapter V Trustee in connection with the initial debtor interview; (h) representing the Debtor at the initial debtor interview; (i) preparing applications, affidavits, motions, notices, orders, and other pleadings and legal documents necessary in the general administration of this Chapter 11 case; (j) reviewing and responding to correspondence (electronic and paper), applications, motions, notices, and other pleadings and legal documents filed, prepared, or served by the Office of the United States Trustee and creditors; (k) preparing for and attending hearings; (l) reviewing

and filing with the Court the monthly operating reports; (m) monitoring the case docket maintained by the Clerk; and (n) generally advising the Debtor on numerous legal issues.

### Meetings of Creditors

6.     Stichter Riedel prepared the Debtor for the Section 341 meeting of creditors and represented the Debtor at the meeting.

### Fee and Employment Applications

7.     During the Application Period, Stichter Riedel: (a) prepared and filed the necessary application and declaration to employ Stichter Riedel and the Chief Restructuring Officer; and (b) prepared and submitted to the court the order approving the employment of Stichter Riedel and the Chief Restructuring Officer.

### DIP Financing/Cash Collateral/Secured Creditors

8.     During the Application Period, Stichter Riedel: (a) prepared the loan documents in connection with debtor-in-possession financing; (b) prepared and filed the motion to approve debtor-in-possession financing; (c) reviewed and filed the related budgets; (d) attended the hearing on the debtor-in-possession financing and cash collateral motion; and (e) prepared the draft orders.

### Standard for Valuation of Services Performed

9.     The valuation of Stichter Riedel's services in this matter should be based on the foregoing factual recitations and on the considerations enunciated in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974) and in *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977).

### Time and Labor Required

10.     As set forth on the attached exhibits, Stichter Riedel spent 71.1 hours rendering professional services to or on behalf of the Debtor in this case.  Stichter Riedel has maintained

detailed records of the time devoted in rendering these services.  Copies of these records are attached hereto as Exhibits "A" through "C" and by reference incorporated herein.  Schedules of out-of-pocket expenses are attached as Exhibits "D" and "E".  During the Application Period, the hourly billing rates for the attorneys at Stichter Riedel who worked on this matter were between $450.00 and $550.00 per hour, and the paralegal billing rate was $200.00 per hour.

*Skill Requisite to Perform the Legal Services Properly*

11.    Stichter Riedel specializes in the practice of bankruptcy law, and particularly in the representation of debtors in Chapter 11 cases.  It submits that it has performed the services for the Debtor economically but at a very high level of skill.  Stichter Riedel's expertise has allowed it to spend far less time than would have been required by counsel not having Stichter Riedel's level of skill.  In rendering services to the Debtor, Stichter Riedel always emphasizes the importance of economy of time and effort, thereby eliminating, where possible, the likelihood of duplicative expenditures of time and effort.

*Preclusion of Other Employment*

12.    Stichter Riedel's employment in this bankruptcy case did not *per se* preclude other employment.

*Customary Fee*

13.    The hourly rates of Stichter Riedel's professionals and paraprofessionals as set forth in the Exhibits attached hereto are reasonable and fair.  Other courts within and outside of this District have approved these rates in other bankruptcy matters in which Stichter Riedel and other counsel of like representation and experience have been involved.  These hourly rates are well within the acceptable local standards.

4856-0693-5383, v. 1

***Whether the Fee is Fixed or Contingent***

14.     The fee is contingent in that it is subject to approval by the Bankruptcy Court.

***The Limitations Imposed by Client or Other Circumstances***

15.     This factor is not applicable.

***Nature and Length of the Professional Relationship with the Client***

16.     Stichter Riedel's professional relationship with the Debtor is limited to this Chapter 11 case.  Therefore, this factor is not relevant in the circumstances of this case.

***Awards in Similar Cases***

17.     Stichter Riedel has served as counsel for debtors in possession in hundreds of Chapter 11 cases, including many large Chapter 11 cases filed in this District and in the Middle District of Florida (such as Taylor, Bean & Whitaker Mortgage Corp., Hillsborough Holdings, Inc., Bicoastal Corporation, f/k/a The Singer Company, Koger Properties, Inc., The Koger Partnership, Ltd., JumboSports, Inc., The American Shipbuilding Company, Tampa Shipyards, Inc., Lykes Bros. Steamship Co., Inc., and Provincetown-Boston Airlines, Inc.).  Stichter Riedel has also represented debtors in possession in several significant Southern District of Florida cases. Stichter Riedel's experience in representing large Chapter 11 debtors has permitted it to represent the Debtor in a cost-effective and skillful manner.

18.     Attorneys at Stichter Riedel have served as officers and directors of the Tampa Bay Bankruptcy Bar Association (including seven as presidents), the Tampa Chapter of the Federal Bar Association, the Hillsborough County Bar Association, the Escambia-Santa Rosa Bar Association, the Northern District of Florida Bankruptcy Bar Association, and the Business Law Section of The Florida Bar.  Four of its lawyers have been honored by induction as Fellows of the American College of Bankruptcy.  Stichter Riedel's attorneys have also spoken and written on

insolvency-related topics on numerous occasions.  Stichter Riedel is one of only four firms in Florida to have continuously (2004-2021) received a top-tier ranking in the Insolvency and Corporate Recovery category in the Chambers USA Guide to the Best U.S. Business Law Firms and Attorneys. In addition, eleven of Stichter Riedel's partners were recognized in that publication as among the top insolvency and bankruptcy lawyers in Florida.  During the past ten years (2011-2021), at least twelve (and in 2021, a total of fourteen) of Stichter Riedel's lawyers have been named either as Florida Super Lawyers or as "Rising Stars," including Edward Peterson and Jodi Dubose. Edward Peterson has been listed as among the top 100 lawyers at times during this interval.  Six of Stichter Riedel's attorneys were named to Florida Trend Magazine's 2021 list of "Florida Legal Elite."  Stichter Riedel and fourteen of its attorneys (100% of those rated) are rated "A.V." by Martindale Hubbell.  Twelve of the firm's lawyers were recognized as "Best Lawyers", and three of the firm's lawyers were recognized as "One's to Watch" in Best Lawyers in America 2022.

19.     Stichter Riedel submits that the amount sought by it is well within the range (and, indeed, at the lower end of the range) of awards in similar cases.  It appears that hourly rates charged by attorneys at Stichter Riedel may be less than the rates charged by comparable attorneys in the Middle District of Florida.

**Reimbursement for Out-of-Pocket Expenses Incurred**

20.     Stichter Riedel has attached as Exhibit "E" a detailed list of expenses incurred. Stichter Riedel seeks reimbursement of out-of-pocket costs and expenses totaling **$887.54**.

**Summary and Prayer for Relief**

WHEREFORE, Stichter Riedel respectfully requests that this Court enter an order: (a) approving this application; (b) allowing compensation in the amount of **$24,515.00** and

4856-0693-5383, v. 1

reimbursement of expenses incurred in the amount of **$887.54,** for a total allowance of **$25,402.54**; and (c) authorizing, after application of the remaining retainer balance of $14,948.70, the Debtor to pay the balance of **$10,453.84**.

/s/ Elena Paras Ketchum
Elena Paras Ketchum
Florida Bar No. 0129267
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Email:  eketchum@srbp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *First and Final Application of Stichter Riedel Blain & Postler, P.A. for Allowance and Payment of Compensation for Services Rendered and Expenses Incurred as Attorneys for Debtor for the Period of January 24, 2023, through March 8, 2023,* was furnished on this 22nd day of March, 2023, by the Court's CM/ECF electronic mail system to all parties receiving electronic service.

/s/ Elena Paras Ketchum
Elena Paras Ketchum

4856-0693-5383, v. 1

# Exhibit A

## Detail of Professional and Paraprofessional Time

# Detail of Professional and Paraprofessional
## Time by Activity Code Categories

**Client Name:  Hall at the Yard, LLC, The**

**Matter Caption:  Hall at the Yard, LLC**

| Date | Initials | Description | Hours | Rate | Total Fees |
|------|----------|-------------|-------|------|------------|
| **Activity Code Category:** | | **Case Administration** | | | |
| 01/25/2023 | EJP | Prepare for hearings | 3.00 | $450.00 | $1,350.00 |
| 01/25/2023 | SJ | Work on officer's salary motion and motion to approve management agreement, forwarding to Edward Peterson; organize client documents; finalize, file and serve salary motion; emails regarding hearing, service of NOH, emails; work on IDI documents and checklist | 3.30 | $200.00 | $660.00 |
| 01/26/2023 | EJP | Prepare for and attend hearing | 3.00 | $450.00 | $1,350.00 |
| 01/26/2023 | EPK | Coordinated case law research. | 0.30 | $450.00 | $135.00 |
| 01/26/2023 | SJ | Work on first day orders, emails, draft NOF payroll ledger, finalize and file same, begin drafting schedules | 2.60 | $200.00 | $520.00 |
| 01/27/2023 | EJP | Work on orders | 2.00 | $450.00 | $900.00 |
| 01/27/2023 | SJ | Emails, work on management agreement approval motion and forwarding to Edward Peterson; work on IDI checklist and forwarding to client | 0.70 | $200.00 | $140.00 |
| 01/30/2023 | EJP | Work on orders | 1.00 | $450.00 | $450.00 |
| 01/30/2023 | SJ | Draft client letter and forwarding to Edward Peterson, work on schedules and forwarding to Edward Peterson | 1.10 | $200.00 | $220.00 |
| 01/31/2023 | SJ | Follow up email to client regarding IDI documents, work on IDI documents, forwarding to Edward Peterson | 1.60 | $200.00 | $320.00 |
| 02/01/2023 | SJ | Finalize, file and serve motion to approve management agreement | 0.30 | $200.00 | $60.00 |
| 02/01/2023 | SJ | Work on IDI documents, emails, forwarding of IDI documents to UST and Trustee; finalize client letter and forwarding to client with enclosures | 0.90 | $200.00 | $180.00 |
| 02/06/2023 | EJP | Calls with Jamal Wilson | 1.00 | $450.00 | $450.00 |
| 02/06/2023 | SJ | Review emails and attached litigation, review file, work on schedules, draft stay notices and forwarding to Edward Peterson, service and file same; draft motion to extend time to file schedules and forwarding to Edward Peterson | 1.90 | $200.00 | $380.00 |
| 02/07/2023 | EJP | Prepare for IDI | 0.50 | $450.00 | $225.00 |
| 02/07/2023 | SJ | Finalize and file schedules extension motion | 0.20 | $200.00 | $40.00 |
| 02/08/2023 | EJP | Prepare for hearings | 1.00 | $450.00 | $450.00 |
| 02/09/2023 | EJP | Attend hearing | 2.00 | $450.00 | $900.00 |
| 02/09/2023 | SJ | Call with client, review file, draft letter to Chase Bank and forwarding to Edward Peterson, work on schedules and forwarding to client | 1.30 | $200.00 | $260.00 |
| 02/10/2023 | EJP | Calls with Jamal Wilson | 0.50 | $450.00 | $225.00 |
| 02/10/2023 | SJ | Work on Chase letter and forwarding to client and Edward Peterson | 0.20 | $200.00 | $40.00 |
| 02/13/2023 | SJ | Review file, draft officer's salary order and forwarding to Edward Peterson | 0.20 | $200.00 | $40.00 |
| 02/13/2023 | SJ | Work on Schedules and forwarding to client and Edward Peterson | 1.60 | $200.00 | $320.00 |
| 02/14/2023 | EJP | Calls with Jamal Wilson | 0.50 | $450.00 | $225.00 |
| 02/14/2023 | SJ | Emails, work on Schedules; revise Chase letter and forwarding to Edward Peterson, forwarding of letter via mail and fax; finalize Schedules and file same; finalize and file amended equity holders and amended corporate ownership statement; service of 341 to additional creditors, draft and file COS; forwarding of IDI documents to client and Andy Yurasko | 1.20 | $200.00 | $240.00 |

# Detail of Professional and Paraprofessional
# Time by Activity Code Categories

| 02/15/2023 | EJP | Prepare for hearing | 1.50 | $450.00 | $675.00 |
|---|---|---|---|---|---|
| 02/15/2023 | SJ | Work on IDI documents, forwarding to UST, emails, call with client | 1.40 | $200.00 | $280.00 |
| 02/17/2023 | SJ | Emails regarding IDI documents, resubmit salary order | 0.20 | $200.00 | $40.00 |
| 02/20/2023 | SJ | Email regarding January MOR | 0.10 | $200.00 | $20.00 |
| 02/21/2023 | SJ | Review January MOR, call with client, draft  motion to extend and order and forwarding to Edward Peterson, finalize and file motion, revise and submit order | 0.80 | $200.00 | $160.00 |
| 02/22/2023 | EJP | Meeting with Jamal Wilson and attend §341 Meeting | 2.00 | $450.00 | $900.00 |
| 02/22/2023 | SJ | Meet with Edward Peterson and client, work on schedules amendments and additional IDI documents | 0.90 | $200.00 | $180.00 |
| 02/23/2023 | SJ | Emails regarding additional IDI documents, review same and forwarding to Edward Peterson and UST | 1.40 | $200.00 | $280.00 |
| 02/24/2023 | EJP | Calls with creditors | 0.50 | $450.00 | $225.00 |
| 02/24/2023 | SJ | Review file, draft stay letter and forwarding to Edward Peterson; review and organize Leaf Capital documents | 0.50 | $200.00 | $100.00 |
| 02/28/2023 | SJ | Finalize World Global stay letter and mail | 0.20 | $200.00 | $40.00 |
| 03/01/2023 | SJ | Emails, work on MOR | 0.30 | $200.00 | $60.00 |
| 03/03/2023 | SJ | Emails, review draft January MOR, draft motion to further extend time to file MOR and forwarding to Edward Peterson, finalize and file motion, call with Edward Peterson and client, revise MOR, finalize and file same; draft and file withdrawal of MOR extension motion | 1.50 | $200.00 | $300.00 |

## Fee Summary

| Name | Hours | Rate | Total Fees |
|---|---|---|---|
| Jeffcoat, Susan | 24.40 | $200.00 | $4,880.00 |
| Peterson, Edward J. | 18.50 | $450.00 | $8,325.00 |
| Ketchum, Elena P. | 0.30 | $450.00 | $135.00 |
| **Total for Case Administration** | **43.20** | | **$13,340.00** |

## Detail of Professional and Paraprofessional
## Time by Activity Code Categories

**Activity Code Category:**          **Fee/Employment Applications**

| 01/25/2023 | SJ | Emails, finalize, file and serve CRO employment application; draft SRBP employment pleadings | 1.30 | $200.00 | $260.00 |
|---|---|---|---|---|---|
| 01/27/2023 | SJ | Work on SRBP employment pleadings, finalize, file and serve same | 0.50 | $200.00 | $100.00 |
| 01/31/2023 | CAP | Review email on CRO | 0.10 | $525.00 | $52.50 |
| 02/13/2023 | SJ | Draft SRBP and CRO employment orders and forwarding to Edward Peterson | 0.30 | $200.00 | $60.00 |
| 02/14/2023 | SJ | Finalize SRBP employment order and submit same; forwarding of CRO employment order to Edward Peterson; draft 2016b statement and forwarding to Amy Mayer | 0.60 | $200.00 | $120.00 |

## Fee Summary

| Name | Hours | Rate | Total Fees |
|---|---|---|---|
| Jeffcoat, Susan | 2.70 | $200.00 | $540.00 |
| Postler, Charles A. | 0.10 | $525.00 | $52.50 |
| **Total for Fee/Employment Applications** | **2.80** | | **$592.50** |

## Detail of Professional and Paraprofessional
## Time by Activity Code Categories

**Activity Code Category:**     **Adv Proceedings/Litigation**

| | | | | | |
|---|---|---|---|---|---|
| 02/07/2023 | SJ | Work on injunction complaint and motion for injunction and forwarding to Edward Peterson | 1.40 | $200.00 | $280.00 |
| 03/02/2023 | SJ | Work on complaint and preliminary injunction motion | 0.60 | $200.00 | $120.00 |

## Fee Summary

| Name | Hours | Rate | Total Fees |
|---|---|---|---|
| Jeffcoat, Susan | 2.00 | $200.00 | $400.00 |
| **Total for Adv Proceedings/Litigation** | **2.00** | | **$400.00** |

# Detail of Professional and Paraprofessional
# Time by Activity Code Categories

**Activity Code Category:**     DIP Financing/Cash Collateral/Secured Creditors

| | | | | | |
|---|---|---|---|---|---|
| 01/25/2023 | CAP | Work on DIP financing matters, including review drafts of budget for the Debtor, review issues as to amount of post-petition rent payment, prepare revolving credit note, and review interim financing order; conference with Harley Riedel regarding same | 2.00 | $525.00 | $1,050.00 |
| 01/25/2023 | EPK | Assisted with preparation for Debtor-in-Possession financing hearing tomorrow; preparation of exhibit for hearing, | 2.80 | $450.00 | $1,260.00 |
| 01/25/2023 | EPK | Continued assisting with issues related to cash collateral and Debtor-in-Possession financing, including potential landlord related issues. | 1.30 | $450.00 | $585.00 |
| 01/25/2023 | EPK | Provided comments to preparation of testimony for Debtor-in-Possession financing hearing, including conference with Harley Riedel. | 0.60 | $450.00 | $270.00 |
| 01/25/2023 | HER | Conference with Elena Ketchum and Charles Postler regarding lease issues; research of law and emails regarding same | 0.40 | $550.00 | $220.00 |
| 01/25/2023 | SJ | Conference with Edward Peterson, emails, review file, prepare UCC analysis chart and forwarding to Edward Peterson; work on cash budget, draft and file NOF budget | 2.20 | $200.00 | $440.00 |
| 01/26/2023 | CAP | Work on DIP financing, including revisions to interim financing order and circulate prior to today's hearing, contacts with Edward Peterson and Rich McIntyre prior to today's hearing, further changes to interim financing order and recirculate, call with landlord's counsel, further emails, continued drafting of revolving credit note and email draft of revolving credit note to Rich McIntyre, and drafting of security agreement and email draft of security agreement to Rich McIntyre | 4.80 | $525.00 | $2,520.00 |
| 01/26/2023 | EPK | Review of agreement with lender and revisions to cash collateral order in connection with today's hearing. | 0.80 | $450.00 | $360.00 |
| 01/27/2023 | CAP | Review several emails on changes requested to interim DIP financing order; review updated budget;; telephone call with Edward Peterson; review and comment on revised draft of order | 0.80 | $525.00 | $420.00 |
| 01/27/2023 | SJ | Emails regarding DIP and cash collateral orders, work on orders | 0.90 | $200.00 | $180.00 |
| 01/27/2023 | SJ | Emails, finalize and submit cash collateral and DIP financing orders | 0.50 | $200.00 | $100.00 |
| 01/29/2023 | CAP | Initial review of revised drafts of revolving credit note and security agreement emailed by Rich McIntyre on January 27 with his comments; emails regarding same | 1.10 | $525.00 | $577.50 |
| 01/30/2023 | CAP | Review Rich McIntyre's changes to DIP loan documents; revise and proof DIP loan documents; email DIP loan documents to Rich McIntyre for final review; review interim DIP financing order entered by the Court | 2.00 | $525.00 | $1,050.00 |
| 01/30/2023 | SJ | Emails regarding DIP order and loan documents, review attachments | 0.20 | $200.00 | $40.00 |
| 01/31/2023 | CAP | Final review and proofing of DIP loan documents; emails coordinating execution of DIP loan documents by Debtor and DIP lender; follow up | 0.80 | $525.00 | $420.00 |
| 02/01/2023 | CAP | Prepare DIP loan closing binder | 0.70 | $525.00 | $367.50 |
| 02/01/2023 | CAP | Email to Rich McIntyre on UCC-1 | 0.10 | $525.00 | $52.50 |
| 03/02/2023 | EJP | Conference with Susan Jeffcoat regarding budget | 0.20 | $450.00 | $90.00 |
| 03/02/2023 | SJ | Call with Edward Peterson, emails, review extended budget, draft NOF | 0.50 | $200.00 | $100.00 |
| 03/06/2023 | SJ | Work on final cash collateral and DIP orders and forwarding to Edward Peterson | 0.40 | $200.00 | $80.00 |

# Detail of Professional and Paraprofessional
# Time by Activity Code Categories

## Fee Summary

| Name | Hours | Rate | Total Fees |
|------|-------|------|-----------|
| Postler, Charles A. | 12.30 | $525.00 | $6,457.50 |
| Ketchum, Elena P. | 5.30 | $450.00 | $2,385.00 |
| Jeffcoat, Susan | 4.70 | $200.00 | $940.00 |
| Riedel, Harley E. | 0.40 | $550.00 | $220.00 |
| Peterson, Edward J. | 0.20 | $450.00 | $90.00 |
| **Total for DIP Financing/Cash Collateral/Secured** | **23.10** | | **$10,182.50** |

## Detail of Professional and Paraprofessional
## Time by Activity Code Categories

|  | Grand Total: | 71.10 | $24,515.00 |
|---|---|---|---|

**Exhibit B**

Summary of Professional and Paraprofessional Time
by Activity Code Categories

# Summary of Professional and Paraprofessional
# Time by Activity Code Categories

**Client Name:  Hall at the Yard, LLC, The**
**Matter Caption:  Hall at the Yard, LLC**

| Name | Personnel Type | Hours | Rate | Total Fees |
|---|---|---|---|---|
| **Case Administration** | | | | |
| Peterson, Edward J. | Partner | 18.50 | $450.00 | $8,325.00 |
| Ketchum, Elena P. | Partner | 0.30 | $450.00 | $135.00 |
| Jeffcoat, Susan | Paralegal | 24.40 | $200.00 | $4,880.00 |
| **Total for Case Administration** | | **43.20** | | **$13,340.00** |
| **Fee/Employment Applications** | | | | |
| Postler, Charles A. | Partner | 0.10 | $525.00 | $52.50 |
| Jeffcoat, Susan | Paralegal | 2.70 | $200.00 | $540.00 |
| **Total for Fee/Employment Applications** | | **2.80** | | **$592.50** |
| **Adv Proceedings/Litigation** | | | | |
| Jeffcoat, Susan | Paralegal | 2.00 | $200.00 | $400.00 |
| **Total for Adv Proceedings/Litigation** | | **2.00** | | **$400.00** |
| **DIP Financing/Cash Collateral/Secured Creditors** | | | | |
| Postler, Charles A. | Partner | 12.30 | $525.00 | $6,457.50 |
| Peterson, Edward J. | Partner | 0.20 | $450.00 | $90.00 |
| Ketchum, Elena P. | Partner | 5.50 | $450.00 | $2,475.00 |
| Riedel, Harley E. | Partner | 0.40 | $550.00 | $220.00 |
| Jeffcoat, Susan | Paralegal | 4.70 | $200.00 | $940.00 |
| **Total for DIP Financing/Cash Collateral/Secured Creditors** | | **23.10** | | **$10,182.50** |
| | **Grand Total:** | **71.10** | | **$24,515.00** |

**Exhibit C**

Summary of Professional and Paraprofessional Time
by Timekeeper

# Summary of Professional and Paraprofessional
# Time by Timekeeper

**Client Name:   Hall at the Yard, LLC, The**
**Matter Caption:  Hall at the Yard, LLC**

| Name | Personnel Type | Year Licensed | Hours | Rate | Total Fees |
|---|---|---|---|---|---|
| Postler, Charles A. | Partner | 12/27/1984 | 12.40 | $525.00 | $6,510.00 |
| Peterson, Edward J. | Partner | 09/26/2005 | 18.70 | $450.00 | $8,415.00 |
| Ketchum, Elena P. | Partner | 09/25/1997 | 5.80 | $450.00 | $2,610.00 |
| Riedel, Harley E. | Partner | 02/05/1974 | 0.40 | $550.00 | $220.00 |
| Jeffcoat, Susan | Paralegal | 01/01/1900 | 33.80 | $200.00 | $6,760.00 |
| | | **Blended Hourly Rate:** | | **$435.00** | |
| | | **Total Fees:** | **71.10** | | **$24,515.00** |

**Exhibit D**

Summary of Expenses

# Summary of Expenses

**Client Name:  Hall at the Yard, LLC, The**
**Matter Caption:  Hall at the Yard, LLC**

| Description | Amount |
| --- | --- |
| **Court Costs** | **32.00** |
| **Photocopies** | **375.45** |
| **Lunch/Dinner meeting** | **31.21** |
| **Overnight Courier** | **34.32** |
| **Postage** | **257.94** |
| **Research** | **156.62** |
| **Total Expenses:** | **887.54** |

**Exhibit E**

Detail of Expenses

# Detail of Expenses

**Client Name:  Hall at the Yard, LLC, The**
**Matter Caption:  Hall at the Yard, LLC**

| <u>Date</u> | <u>Code</u> | <u>Description</u> | | <u>Amount</u> |
|------|------|-------------|---|--------|
| **Court Costs** | | | | |
| 02/14/2023 | CC | Clerk, U.S. Bankruptcy Court-2.14.2023<br>Additional Creditors Fee | | 32.00 |
| | | | **Total for Court Costs** | **32.00** |
| **Photocopies** | | | | |
| 01/25/2023 | COPY | Photocopies | | 20.40 |
| 01/25/2023 | COPY | Photocopies of Doc 15 | | 38.10 |
| 01/25/2023 | COPY | Photocopies of Doc 16 | | 48.30 |
| 01/25/2023 | COPY | Photocopies of Doc 17 | | 21.60 |
| 01/27/2023 | COPY | Photocopies of Doc 27 | | 21.60 |
| 01/27/2023 | COPY | Photocopies of Doc 28 | | 46.20 |
| 02/01/2023 | COPY | Photocopies of Doc 36 | | 144.90 |
| 02/01/2023 | COPY | Photocopies of Doc 39 | | 7.35 |
| 02/02/2023 | COPY | Photocopies of Doc 40 | | 2.40 |
| 02/20/2023 | COPY | Photocopies of Doc 53 | | 12.60 |
| 02/21/2023 | COPY | Photocopies of Doc 55 | | 12.00 |
| | | | **Total for Photocopies** | **375.45** |
| **Lunch/Dinner meeting** | | | | |
| 02/22/2023 | MEAL | Samaria Cafe-Lunch Mtg.<br>Lunch meeting with clients | | 31.21 |
| | | | **Total for Lunch/Dinner meeting** | **31.21** |
| **Overnight Courier** | | | | |
| 02/22/2023 | ONC | Federal Express Corporation<br>ONC to Toast Capital/Boston (14809) | | 34.32 |
| | | | **Total for Overnight Courier** | **34.32** |
| **Postage** | | | | |
| 01/25/2023 | POST | Postage of Doc 15-18 | | 71.04 |
| 01/27/2023 | POST | Postage of Doc 27-28, 31 | | 51.00 |
| 02/01/2023 | POST | Postage of Doc 36, 37 | | 57.42 |
| 02/01/2023 | POST | Postage of Doc 39 | | 5.40 |
| 02/02/2023 | POST | Postage of Doc 40 | | 11.28 |
| 02/06/2023 | POST | Postage of Stay Notices | | 1.20 |
| 02/14/2023 | POST | Postage 341 NOH | | 4.20 |
| 02/14/2023 | POST | Postage of Chase Letter | | 0.60 |
| 02/20/2023 | POST | Postage of Doc 53 | | 31.20 |
| 02/21/2023 | POST | Postage charges | | 0.60 |
| 02/21/2023 | POST | Postage of Doc 55 | | 23.40 |
| 02/28/2023 | POST | Postage of Stay Letter | | 0.60 |
| | | | **Total for Postage** | **257.94** |
| **Research** | | | | |
| 02/01/2023 | RES | Westlaw Research | | 156.62 |
| | | | **Total for Research** | **156.62** |
| | | | **Total Expenses:** | **887.54** |