**Fill in this information to identify the case:**

Debtor name    **The Hall at the Yard, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:23-bk-250-CPM**

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■  Amended *Schedule*      **Scheduled D, E/F and G**
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 27, 2023**        X **/s/ Jamal Wilson**
                                    Signature of individual signing on behalf of debtor

                                    **Jamal Wilson**
                                    Printed name

                                    **Manager**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **The Hall at the Yard, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:23-bk-250-CPM**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................    $    **335,524.57**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................    $    **335,524.57**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **4,538,113.39**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................    +$    **1,616,326.01**

4.  **Total liabilities** .................................................................................
    Lines 2 + 3a + 3b    $    **6,154,439.40**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **The Hall at the Yard, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **8:23-bk-250-CPM**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  Ivanhoe Place Propco, LLC**
Creditor's Name

**c/oReal Estate Inverlad Dev**
**101 S. Eola Dr., #1215**
**Orlando, FL 32801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Ivanhoe Place Propco, LLC**
**2. Newtek Small Business Fin**

Describe debtor's property that is subject to a lien
**Furniture, Fixtures, Machinery and Equipment**

Describe the lien
**UCC 2.8.2019**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $52,000.00**    **Value of collateral: $106,950.00**

**2.2  Leaf Capital Funding, LLC**
Creditor's Name

**2005 Market St., 14th Floor**
**Philadelphia, PA 19103**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Air Curtain**

Describe the lien
**UCC 7.23.2021**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$25,556.51**    **$10,000.00**

| Debtor | **The Hall at the Yard, LLC** | Case number (if known) | **8:23-bk-250-CPM** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

---

| 2.3 | **Newtek Small Business Fin** | Describe debtor's property that is subject to a lien | **$4,200,000.00** | **$106,950.00** |
|---|---|---|---|---|
| | Creditor's Name | **Furniture, Fixtures, Machinery and Equipment** | | |

**4800 T-Rex Ave., #120**
**Boca Raton, FL 33431**

Creditor's mailing address

Describe the lien
**UCC 1.30.2020, 9.29.2020**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **WebBank** | Describe debtor's property that is subject to a lien | **$260,556.88** | **$25,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Point of Sale machine** | | |

**215 S. State St., #1000**
**Salt Lake City, UT 84111**

Creditor's mailing address

Describe the lien
**UCC 1.6.2023**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$4,538,113.39** |
|---|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Debtor    **The Hall at the Yard, LLC**                                    Case number (*if known*)    **8:23-bk-250-CPM**
_____                                          _____
Name

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
| --- | --- | --- |
| | | |

**Fill in this information to identify the case:**

Debtor name    **The Hall at the Yard, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:23-bk-250-CPM**

■ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**2.1**  Priority creditor's name and mailing address

**Florida Department of Revenue**
**5050 W. Tennessee St.**
**Tallahassee, FL 32399**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**2.2**  Priority creditor's name and mailing address

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim  **Unknown**    Priority amount  **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

Debtor    **The Hall at the Yard, LLC**
_____
Name

Case number (if known)    **8:23-bk-250-CPM**
_____

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**801 Magazine, L.L.C.**
1470 Urania St.
New Orleans, LA 70130

Date(s) debt was incurred _

Last 4 digits of account number _

� Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,999.18** |
|---|---|---|---|

**A-Head for Profits FL**
240 great Circle Rd., #344
Nashville, TN 37228

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135,000.00** |
|---|---|---|---|

**Avanza Group, LLC**
14 Knorr Ave.
Seymour, CT 06488

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**BBK Janitorial Services, LLC**
Guillermo Pesant, Esq.
1313 Ponce de Leon Blvd., #301
Miami, FL 33134-3343

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CB Hospitality Ventures, LLC**
11510 Joshuas Bend Dr.
Tampa, FL 33612

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,128.65** |
|---|---|---|---|

**City Wide Facility Solutions-Orlando**
c/o Commercial Collection Corp.
P.O. Box 288
Tonawanda, NY 14151-0288

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CloudFund, LLC**
c/o Vadim Serebro, Esq.
55 Broadway, 3rd Floor
New York, NY 10006

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For noticing purposes**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **The Hall at the Yard, LLC** | | Case number (if known) | **8:23-bk-250-CPM** |
|---|---|---|---|---|
| | Name | | | |

---

**3.8** | Nonpriority creditor's name and mailing address
**Cobalt Funding Solutions**
99 Wall St., #3618
New York, NY 10005

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**CT Corporation System, as representative**
330 N. Brand Blvd., #700
Attn:  SPRS
Glendale, CA 91203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
**CT Corporation System, as representative**
330 N. Brand Blvd., #700
Attn:  SPRS
Glendale, CA 91203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address
**CT Corporation System, as representative**
330 N. Brand Blvd., #700
Attn:  SPRS
Glendale, CA 91203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address
**Delta Bridge Funding, LLC, as servicer for CloudFund, LLC**
400 Rella Blvd., #165-101
Suffern, NY 10901

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* | **$126,955.73**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address
**Delta Bridge Funding, LLC, as servicer for CloudFund, LLC**
400 Rella Blvd., #165-101
Suffern, NY 10901

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address
**Felicity Property Co.**
1320 Magazine St., #201
New Orleans, LA 70130

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For noticing purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Hall at the Yard, LLC**                                   Case number *(if known)*   **8:23-bk-250-CPM**
_____
Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,375.45** |

**G and G Funding Group, LLC**
**57 W. 57th St., Floor 4**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**G and G Funding Group, LLC**
**c/o Isaac H. Greenfield, Esq.**
**2 Executive Blvd., #305**
**Suffern, NY 10901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  For noticing purposes

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,000.00** |

**Green Capital Funding, LLC**
**53 Mason St.**
**Greenwich, CT 06830**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$359,000.00** |

**Kabbage, Inc.**
**Attn:  Kim Withrow, Esq.**
**925B Peachtree St. NE, #383**
**Atlanta, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119,400.00** |

**Modulo, LLC**
**1704 W North A St**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,500.00** |

**Newgenteck**
**5555 W. Waters Ave.**
**Tampa, FL 33424**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |

**Premium Merchant Funding 26, LLC**
**55 Water St., Floor 50**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **The Hall at the Yard, LLC**
Name

Case number *(if known)* **8:23-bk-250-CPM**

---

3.22 **Nonpriority creditor's name and mailing address**
**Reef Funding Group**
**c/o Novac Equities, LLC**
**1100 Brickell Bay Dr.**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$44,000.00**

---

3.23 **Nonpriority creditor's name and mailing address**
**Sysco Corporation**
**1390 Enclave Parkway**
**Houston, TX 77077-2099**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17,000.00**

---

3.24 **Nonpriority creditor's name and mailing address**
**The Vigor Hospitality Group, LLC**
**13518 Westshire Dr.**
**Tampa, FL 33618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$70,000.00**

---

3.25 **Nonpriority creditor's name and mailing address**
**U.S. Small Business Administration**
**2 North St., #320**
**Birmingham, AL 35203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.26 **Nonpriority creditor's name and mailing address**
**Vivian Capital Group, LLC**
**486 Market St.**
**Newark, NJ 07105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$150,000.00**

---

3.27 **Nonpriority creditor's name and mailing address**
**World Global Fund, LLC**
**20807 Biscayne Blvd., #203**
**Miami, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$42,967.00**

---

3.28 **Nonpriority creditor's name and mailing address**
**World Global Fund, LLC**
**c/o Steven Zakharyayev, Esq.**
**10 W. 37th St., RM 602**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __For noticing purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **The Hall at the Yard, LLC** | Case number *(if known)* | **8:23-bk-250-CPM** |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,000.00 |
|---|---|---|---|

**Zahav Asset Management, LLC**
**234 Cedarhurst Ave., Apt 21B**
**Cedarhurst, NY 11516**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attorney General of the United States**<br>**950 Pennsylvania Ave., N.W.**<br>**Washington, DC 20530-0001** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Avanza Group, LLC**<br>**47 Craig Ave.**<br>**Staten Island, NY 10307** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Green Capital Funding, LLC**<br>**116 Nassau St., #804**<br>**New York, NY 10038** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Jared Davidson, Esq.**<br>**Taylor Wellons Politz & Duhe**<br>**1555 Poydras St., #2000**<br>**New Orleans, LA 70112** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Max Recovery Group, LLC**<br>**55 Broadway, 3rd Floor**<br>**New York, NY 10006** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Modulo, LLC**<br>**2405 E. 8th Ave.**<br>**Tampa, FL 33605** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Novac Equities, LLC**<br>**25 SW 9th St., #202**<br>**Miami, FL 33130** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **U.S. Attorney**<br>**Attn: Civil Process Clerk**<br>**400 N. Tampa St., #3200**<br>**Tampa, FL 33602** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Zahav Asset Management, LLC**<br>**420 Central Ave.**<br>**Cedarhurst, NY 11516-1000** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor   **The Hall at the Yard, LLC**
Name

Case number (*if known*)   **8:23-bk-250-CPM**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,616,326.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,616,326.01 |

**Fill in this information to identify the case:**

Debtor name    **The Hall at the Yard, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:23-bk-250-CPM**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Real Estate License Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Chef and I, LLC**<br>**5910 Kentucky Arby Lane**<br>**Murfreesboro, TN 37127** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Real Estate License Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Daily Bread Co., LLC**<br>**5880 Precision Dr.**<br>**Orlando, FL 32819** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Lease of commercial real property located at 1412 Alden Rd., Orlando, Florida**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ivanhoe Place Propco, LLC**<br>**101 S. Eola Dr., #1215**<br>**Orlando, FL 32801** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Real Estate License Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Jason Cline**<br>**13100 Seminole Blvd., #103**<br>**Largo, FL 33778** |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 2

| Debtor 1 | **The Hall at the Yard, LLC** | | Case number (*if known*) | **8:23-bk-250-CPM** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Real Estate License Agreement**

State the term remaining

List the contract number of any government contract

**Spice Affair
618 Canopy Estate Dr.
Winter Garden, FL 34787**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Management Agreement**

State the term remaining

List the contract number of any government contract

**The Vigor Hospitality Group, LLC
13518 Westshire Dr.
Tampa, FL 33618**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Real Estate License Agreement**

State the term remaining

List the contract number of any government contract

**True Island, Inc.
2857 Mayer St
Orlando, FL 32806**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Real Estate License Agreement**

State the term remaining

List the contract number of any government contract

**Ulin Food Services, Inc.
4150 Eastgate Dr., Apt. 8302
Orlando, FL 32839**

---