UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

THE HALL AT THE YARD, LLC                    Case No. 8:23-bk-250-CPM
                                             Chapter 11, Subchapter V
    Debtor.
_____/

**DEBTOR'S APPLICATION TO EMPLOY EWALD AUCTIONS, INC.
AS APPRAISER PURSUANT TO 11 U.S.C. § 327(a) AND FOR AUTHORITY
TO PAY COMPENSATION TO APPRAISER**

Debtor, THE HALL AT THE YARD, LLC, by and through its undersigned attorneys, hereby files its Application to Employ Ewald Auctions, Inc. as Appraiser Pursuant to 11 U.S.C. §327(a) and for Authority to Pay Compensation to Appraiser ("**Application**") and respectfully states the following:

**Background**

1. On January 24, 2023 (the "**Petition Date**"), the Debtor filed a Voluntary Petition for Relief under the Bankruptcy Code and made an election to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

2. Since the Petition Date, the Debtor has continued to operate its business and manage its properties as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

**Basis for motion**

3. The Debtor requires an appraisal of furniture, fixtures, equipment, and inventory (the "**Personal Property**") and seeks authority to employ Ewald Auctions, Inc. ("**Ewald**") as its appraiser in order to determine the market value of the Debtor's Personal Property.

4. The Debtor has selected Ewald because it has numerous years of experience in the appraisal business and the Debtor believes that Ewald is well qualified to represent the Debtor during this Chapter 11 proceeding with respect to such matters.

5. The professional services of Ewald will include Ewald's appraisal report as more specifically identified in the letter agreement.

6. Ewald is prepared to undertake representation pursuant to the letter agreement as attached hereto as Exhibit "A" ("**Agreement**").  Ewald requests compensation at the hourly rate of $150 per hour to prepare the appraisal.  Travel time will be billed at $75 per hour.

7. Ewald represents that there is no outstanding pre-petition balance owed to it from the Debtor as there were no prior services performed on the Debtor's behalf.

8. A declaration in support of the foregoing Motion is attached hereto as Exhibit "B".

9. The Debtor respectfully requests that the Court enter an Order approving this Application and authorizing payment to Ewald for compensation for preparing the appraisal.

WHEREFORE, the Debtor respectfully requests entry of an Order pursuant to Section 327(a) authorizing the employment of Ewald Auctions, Inc., approving the letter agreement and the compensation requested therein and grant such other and further relief as the Court deems just and proper.

[THE CERTIFICATE OF SERVICE APPEARS ON THE FOLLOWING PAGE]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Debtor's Motion for Authority to Employ Appraiser has been furnished by U.S. Mail this 30th day of March, 2023, to the **Office of the U.S. States Trustee**, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; **Ruediger Mueller, Subchapter V Trustee,** 1112 Watson Court, Reunion, FL 34747; **The Hall at the Yard, LLC,** 13518 Westshire Dr., Tampa, FL 33618.

                                        JOHNSON POPE BOKOR
                                        RUPPEL & BURNS, LLP

                                        /s/ Edward J. Peterson
                                        Edward J. Peterson (FBN 014612)
                                        401 E Jackson Street, Ste. 3100
                                        Tampa, Florida 33602
                                        Telephone: (813) 225-2500
                                        Email: epeterson@jpfirm.com
                                        Attorneys for Debtor



March 30, 2023
Via email (edwardp@jpfirm.com) ONLY

Mr. Edward J. Peterson, III, Esquire
Johnson Pope Bokor Ruppel & Burns, LLP
401 East Jackson Street, Suite 3100
Tampa, FL 33602

Re:   Hall at the Yard FF&E Appraisal

Dear Mr. Peterson:

Please allow this letter to act as an engagement letter for purposes of preparing an appraisal of the personal property of the above referenced case. We will prepare an appraisal report of the assets as directed.

Compensation will be based on an hourly rate of $150 per hour to prepare the appraisal. Travel time will be billed at $75 per hour. If we are retained to liquidate the assets, we will credit ½ of the billed fees for the appraisal work towards any auction fees.

If there are any questions or concerns, please do not hesitate to contact me. If this is agreeable, please sign below, scan and email back to my office.

Thank you.
Sincerely,

*Robert H. Ewald*

Robert H. Ewald, President
Ewald Auctions, Inc.
(407) 466-6837 cell

---

Agreed: Edward Peterson, Esq.    date
for Hall at the Yard

Agreed: Robert H. Ewald          date
for Ewald Auctions, Inc.

Exhibit "A"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

THE HALL AT THE YARD, LLC

Debtor.
_____/

Case No. 8:23-bk-250-CPM
Chapter 11, Subchapter V

**DECLARATION IN SUPPORT OF DEBTOR'S MOTION FOR
AUTHORITY TO EMPLOY EWALD AUCTIONS, INC. AS APPRAISER**

Robert H. Ewald declarations under penalty of perjury as follows:

1. My name is Robert H. Ewald and I have personal knowledge of the matter set forth herein. I am the President of and an appraiser with Ewald Auctions, Inc. ("Appraiser") which maintains its offices at 12472 Lake Underhill Road, Ste. 312, Orlando, FL 32828.

2. I will be responsible for services provided pursuant to the letter agreement ("Agreement") between the Debtor and Appraiser. The Debtor desires to enter into the Agreement in order to obtain a market value of its Personal Property as more particularly described in the Agreement and the Application to Employ Ewald Auctions, Inc. as Appraiser Pursuant to 11 U.S.C. §327(a) and for Authority to Pay Compensation to Appraiser.

3. The facts stated in this declaration as to the relationship between Ewald Auction, Inc. and the Debtor, the Debtor's creditors, the Debtor's principals, other parties in interest, the U.S. Trustee are based on my personal knowledge.

4. This declaration is submitted in order to comply with 11 U.S.C., §§ 327, 328(a) and 329(a) and Federal Rules of Bankruptcy Procedure Rules 2014 and 2016.

5. Neither I nor any employee of the Appraiser has any connections with the Debtor,

Exhibit "B"

creditors, any other party in interest, their respective attorneys and accountants, or any other person employed in the office of the United States Trustee, except as described herein, which would represent an interest adverse to the estate.

6. Neither I nor any employee of the Appraiser have or has in the past maintained any of the relationships described in the statutory definition of disinterestedness as set forth in 11 U.S.C. §101(14).

7. The Appraiser has experience in and will assist the Debtor in the appraisal of its Personal Property. The Debtor has agreed to pay $150.00 per hour per the agreement, plus travel time of $75.00 per hour.

8. Appraiser represents that there was/is no outstanding pre-petition balance owed to Appraiser from the Debtor.

Robert H. Ewald hereby declares under penalty of perjury under the laws of the United States that the above statements are true and correct.

Dated: March 30, 2023

EWALD AUCTIONS, INC.

*/s/ Robert H. Ewald*
Robert H. Ewald, President