ORDERED.

Dated:  April 11, 2023

_Catherine M. Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

THE HALL AT THE YARD, LLC             Case No. 8:23-bk-250-CPM
                                      Chapter 11, Subchapter V
     Debtor.
_____/

**FINAL ORDER GRANTING DEBTOR'S EXPEDITED
MOTION FOR AUTHORITY TO PAY AFFILIATE OFFICER'S SALARY**

THIS CASE came before the Court for final hearing on April 6, 2023 for consideration of the _Debtor's Expedited Motion for Authority to Pay Affiliate Officer's Salary_ (Doc. No. 17) (the "**Motion**").  For the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, it is:

**ORDERED:**

1. The Motion is granted.

2. The Debtor is authorized to pay Jamal Wilson his postpetition gross bi-weekly compensation in the amount of $3,835.60.

3. The relief provided in this Order is conditioned upon the Debtor having enough cash remaining after the payment of current operating expenses.  In the event the Debtor is not

able to pay Mr. Wilson, such payments shall not accrue as an administrative expense absent further order of the Court.

    4.    The Debtor's cash collateral budget is hereby amended to allow payment of Mr. Wilson's salary.

*Attorney Edward Peterson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of this order.*