ORDERED.

Dated: April 11, 2023

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Chapter 11, Subchapter V

THE HALL AT THE YARD, LLC                    Case No. 8:23-bk-250-CPM

    Debtor.
_____/

**ORDER GRANTING MOTION OF STICHTER, RIEDEL, BLAIN &
POSTLER, P.A. TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR**

THIS CASE came before the Court for consideration upon the *Motion of Stichter, Riedel, Blain & Postler, P.A. to Withdraw as Counsel of Record for Debtor* (Doc. No. 70) (the "**Motion**"). By the Motion, Stichter, Riedel, Blain & Postler, P.A. ("**Stichter Riedel**") seeks to withdraw as counsel of record for the Debtor.

The Motion was filed on March 23, 2023, and was served by negative notice to all parties receiving electronic notice and by electronic notice and U.S. Mail to the Debtor. No objection to the Motion was filed. The Court finds that under the circumstances of this case, due and sufficient notice of the Motion was provided to parties, and that such notice was adequate and appropriate in the current circumstances of this Chapter 11 case as contemplated by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court. Therefore, any requests

for other and further notice shall be and hereby are dispensed with and waived, and no other or further notice is necessary. The Court, having considered the Motion and the record, finds that the Motion is well taken and should be granted. Accordingly, it is

    **ORDERED** that:

    1.    The Motion is granted.

    2.    Stichter Riedel is relieved of all further responsibility in this case as counsel for the Debtor effective as of March 9, 2023.

*Attorney Scott A. Stichter is directed to serve a copy of this order on interested parties who do not receive notice via CM/ECF and file a proof of service within three days of entry of the order.*