ORDERED.

Dated: April 18, 2023

*Catherine M<sup>c</sup>Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

THE HALL AT THE YARD, LLC                    Case No. 8:23-bk-250-CPM
                                             Chapter 11, Subchapter V
    Debtor.
_____/

**ORDER APPROVING APPLICATION FOR AUTHORITY TO EMPLOY EDWARD J. PETERSON AND JOHNSON POPE BOKOR RUPPEL & BURNS, LLP AS COUNSEL FOR THE DEBTOR EFFECTIVE AS OF MARCH 8, 2023**
**(Doc. No. 83)**

THIS CAUSE came on for consideration upon the Application for Authority to Employ Edward J. Peterson and Johnson Pope Bokor Ruppel & Burns, LLP Effective as of March 8, 2023 ("Application") (Doc. No. 83) filed by the Debtor seeking to employ Edward J. Peterson and Johnson Pope Bokor Ruppel & Burns, LLP as counsel for the Debtor as of March 8, 2023. Upon consideration of the Application together with the record including the Affidavit of Proposed Attorney, the Court finds the Application is well taken and should be approved. Accordingly, it is:

ORDERED:

1. The Application is hereby approved.

2. The Debtor is authorized to employ Edward J. Peterson and Johnson Pope Bokor

Ruppel & Burns, LLP as Counsel for the Debtor as of March 8, 2023.

    3.    Compensation will be determined at a later date in accordance with 11 U.S.C. § 330.

cc: Attorney Edward Peterson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this order.