UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:                                               Case No.: 8:23-bk-00250-CPM

THE HALL AT THE YARD, LLC,                           Chapter 11

   Debtor.
_____/

**LEAF CAPITAL FUNDING, LLC's**
**VERIFIED MOTION FOR RELIEF FROM AUTOMATIC STAY**
**OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**

Creditor, LEAF CAPITAL FUNDING, LLC, ("LEAF") by and through its undersigned counsel, respectfully moves this Court for relief from the automatic stay or, in the alternative, for adequate protection, and in support of its Motion states as follows:

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§1334(b) and 157(a) and 362(d) of Title 11, United States Code (hereinafter referred to as the "Code"). Furthermore, this is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

2.  That on or about January 24, 2023, Debtor, THE HALL AT THE YARD, LLC, (the "Debtor") filed for relief under Chapter 11 of the United States Bankruptcy Code.

3.  That on or about July 23, 2021, LEAF entered into an equipment Finance Agreement ("EFA") with the Debtor, a true and correct copy of which is attached hereto as Exhibit A.

4.  That pursuant to the terms of the EFA, the Debtor agreed to make 60 monthly payments in the amount of $672.00, for forty (40) Air Curtain 48" unheated 115/1 (hereinafter the "Air Curtains").

5.  That the Air Curtains were delivered to Debtor in accordance with the terms of the EFA.

6.  LEAF has a perfected lien in and to the Air Curtains as evidenced by the UCC Financing statement attached hereto as Exhibit B.

7. That the EFA is in default for the payment due on March 20, 2023, and is past due in the amount of $672.00. Inadvertently, an ACH in the amount $672.00 (payment) plus 42.82 (insurance) for a total of $714.82 was processed subsequent to the bankruptcy filing on February 20, 2023. As such, as of the date of this Motion, the amount due and owing to LEAF on the EFA is $24,962.54.

8. The estimated fair market value of the Air Curtains is $10,000.00.

9. Upon information and belief, the Debtor is in actual and constructive possession of the Air Curtains using them in its current business operations, subjecting them to continued wear, tear and depreciation in value.

10. Creditor is not being adequately protected and is entitled to adequate protection.

11. Section 362(d)(1) of the Bankruptcy Code provides that a court shall, upon motion, grant relief from that automatic stay for cause, which includes the lack of adequate protection of an interest in property, of the moving party.

12. Section 362(d)(2) of the Code provides that the Court shall grant relief from the automatic stay when the debtor lacks equity in the bankruptcy estate property and the property is not necessary to an effective reorganization.

13. The interest of LEAF in and to the Air Curtains is not adequately protected.

14. LEAF is entitled to adequate protection, in the form of payment together with an order requiring the Debtor to adequately insure and maintain the Air Curtains. Alternatively, if the Debtor cannot adequately protect LEAF's interest in the Air Curtains, relief from stay should be granted so that LEAF can exercise its *in rem* rights in the Air Curtains.

WHEREFORE, LEAF respectfully requests:

A. The Debtor be required to provide LEAF adequate protection, by paying all payments that are due and have come due since the filing of the Debtor's Bankruptcy Petition and all future

payments that come due under the EFA, costs and attorney's fees in accordance with the terms of the EFA, as well as, require the debtor to adequately insure, and maintain the Air Curtains; and, in the event that adequate cannot be provided;

    B.    That the Automatic Stay pursuant to U.S.C. Section 362 be modified to permit LEAF to enforce its in rem rights in accordance with applicable principles of non-bankruptcy law;

    C.    Awarding LEAF such other and further relief as this Court deems just and proper in the premises.

## VERIFICATION

I, Edgar O. Vargas of LEAF CAPITAL FUNDING, LLC, ("LEAF"), state:

    1.    I am employed by LEAF as Vice President and I am authorized to execute this Verification on behalf thereof. I am also over the age of eighteen.

    2.    I have read the foregoing Verified Motion for Relief from Automatic Stay or, in the Alternative, for Adequate Protection ("Verified Motion"), and I have personal knowledge of the facts set forth therein, or of these facts as they appear in the business records, reports, memoranda and data compilations of LEAF, made at or near the time of the events described by, or from information transmitted by, a person or persons with knowledge of the events described whose regular practice it was to make and keep such records in the ordinary course of the regularly conducted business activities of LEAF; that I am one of the persons with custody of such records; that I am familiar with the methods and preparation and identity of such records; that I routinely rely on such records in the usually course of my business and the business of LEAF.

    3.    The defaults by the Debtor as alleged and set forth in the Verified Motion continue to exist as of the date of this Verification.

Under penalties of perjury, I declare that I have read the foregoing Verified Motion for Relief from Automatic Stay, or in the Alternative for Adequate Protection, and that the facts stated in it are true.

_____
Edgar O. Vargas
Vice President
LEAF Capital Funding, LLC

I HEREBY CERTIFY that on **April 26, 2023** this Verified Motion for Relief from Automatic Stay or, in the Alternative, for Adequate Protection, was electronically filed with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system and that a true and correct copy was furnished to the parties listed below in the manner indicated.

EMANUEL & ZWIEBEL, PLLC
Attorney for Creditor, LEAF
7900 Peters Road
Executive Court at Jacaranda
Building B, Suite 100
Plantation, Florida 33324
(954) 424-2005 Phone
(954) 533-0138

By: *Eric B. Zwiebel*
Eric B. Zwiebel, Esq.
Fla. Bar No. 476404
email: eric.zwiebel@emzwlaw.com

<u>Via CM/ECF</u>
Edward J. Peterson, III, Esq.
Ruediger Mueller, Trustee
Nathan A. Wheatley, Office of the US Trustee
United States Trustee – TPA
All parties on the attached matrix designated to receive notice via CM/ECF

<u>Via U.S. Mail</u>
The Hall at the Yard, LLC
13518 Westshire Drive
Tampa, Florida 33618

Rule 1007-2 Parties in Interest on the attached matrix not designated to receive electronic notice

```
Label Matrix for local noticing          801 Magazine, LLC                        Ewald Auctions, Inc.
113A-8                                   1555 Poydras St.                         12472 Lake Underhill Road
Case 8:23-bk-00250-CPM                   Suite 2000                               Suite 312
Middle District of Florida               New Orleans, LA 70112-3718               Orlando, FL 32828-7144
Tampa
Wed Apr 26 09:42:58 EDT 2023

Ivanhoe Place Propco, LLC                LEAF Capital Funding, LLC                M Funding I, LLC
300 S. Orange Avenue, Suite 1600         Emanuel & Zwiebel, PLLC                  500 E. Kennedy Blvd., Suite 200
Orlando, FL 32801-3382                   7900 Peters Road                         Tampa, FL 33602-4936
                                         Building B
                                         Suite 100
                                         Plantation, FL 33324-4045

NEWTEK SMALL BUSINESS FINANCE, LLC       RESIDENTIAL MORTGAGE LOAN TRUST I, BY US BAN   The Hall at the Yard, LLC
C/O MITRANI,RYNOR,ADAMSKY, TOLAND PA     Kahane & Associates, P.A                 13518 Westshire Dr.
1200 WESTON RD                           1619 NW 136th Avenue, Suite D-220        Tampa, FL 33618-2500
PH                                       Sunrise, FL 33323-2856
WESTON, FL 33326-1987

801 Magazine LLC                         801 Magazine, L.L.C.                     A-Head for Profits FL
c/o Karina Shareen                       1470 Urania St.                          240 great Circle Rd., #344
Taylor Wellons Politz & Duhe, LLC        New Orleans, LA 70130-5239               Nashville, TN 37228-1721
1555 Poydras St., Suite 2000
New Orleans, LA 70112-3718

Attorney General of the United States    Avanza Group, LLC                        Avanza Group, LLC
950 Pennsylvania Ave., N.W.              14 Knorr Ave.                            47 Craig Ave.
Washington, DC 20530-0001                Seymour, CT 06483-2645                   Staten Island, NY 10307-1328

BBK Janitorial Services, LLC             BSI Financial Services                   CB Hospitality Ventures, LLC
Guillermo Pesant, Esq.                   4200 Regent Blvd , Suite 200             11510 Joshuas Bend Dr.
1313 Ponce de Leon Blvd., #301           Irving, Texas 75063-2240                 Tampa, FL 33612-5071
Miami, FL 33134-3343

CT Corporatiom System, as representative Chef and I, LLC                          City Wide Facility Solutions-Orlando
330 N. Brand Blvd., #700                 5910 Kentucky Arby Lane                  c/o Commercial Collection Corp.
Attn:  SPRS                              Murfreesboro, TN 37127-6526              P.O. Box 288
Glendale, CA 91203-2336                                                           Tonawanda, NY 14151-0288

CloudFund, LLC                           Cobalt Funding Solutions                 Daily Bread Co., LLC
c/o Vadim Serebro, Esq.                  99 Wall St., #3618                       5880 Precision Dr.
55 Broadway, 3rd Floor                   New York, NY 10005-4301                  Orlando, FL 32819-8319
New York, NY 10006-3757

Delta Bridge Funding, LLC, as servicer   Department of Revenue                    Felicity Property Co.
for CloudFund, LLC                       PO Box 6668                              1320 Magazine St., #201
400 Rella Blvd., #165-101                Tallahassee FL 32314-6668                New Orleans, LA 70130-4267
Suffern, NY 10901-4241

Florida Department of Revenue            FreshPoint Central Florida               G and G Funding Group, LLC
5050 W. Tennessee St.                    655 BUTTERCUP TRCE                       57 W. 57th St., Floor 4
Tallahassee, FL 32399-0100               Alpharetta, GA 30022-5199                New York, NY 10019-2827
```

| | | |
|---|---|---|
| G and G Funding Group, LLC<br>c/o Isaac H. Greenfield, Esq.<br>2 Executive Blvd., #305<br>Suffern, NY 10901-8219 | Green Capital Funding, LLC<br>116 Nassau St., #804<br>New York, NY 10038-2481 | Green Capital Funding, LLC<br>53 Mason St.<br>Greenwich, CT 06830-5434 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ivanhoe Place Propco, LLC<br>c/o James A. Timko, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Ave., Suite 1600<br>Orlando, FL 32801-3382 |
| Ivanhoe Place Propco, LLC<br>c/o James A. Timko, Esq.<br>Shutts & Bowen LLP<br>300 South Orange Ave, Suite 1600<br>Orlando, FL 32801-3382 | Ivanhoe Place Propco, LLC<br>c/o Real Estate Inverlad Development LLC<br>1600 Alden Road, Ste. 122<br>Orlando, FL 32803-1943 | Jared Davidson, Esq.<br>Taylor Wellons Politz & Duhe<br>1555 Poydras St., #2000<br>New Orleans, LA 70112-3718 |
| Jason Cline<br>13100 Seminole Blvd. #103<br>Largo, FL 33778-2131 | (p)KABBAGE  INC  DBA KSERVICING<br>925B PEACHTREE STREET NE<br>SUITE 383<br>ATLANTA GA 30309-3918 | LEAF Capital Funding, LLC<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, Florida 33324-4045 |
| Leaf Capital Funding, LLC<br>2005 Market St., 14th Floor<br>Philadelphia, PA 19103-7009 | M Funding I, LLC<br>c/o Richard J. McIntyre, Esquire<br>McIntyre Thanasides Bringgold Elliott Gr<br>500 E. Kennedy Blvd. Suite 200<br>Tampa, FL 33602-4936 | Max Recovery Group, LLC<br>55 Broadway, 3rd Floor<br>New York, NY 10006-3757 |
| Modulo, LLC<br>1704 W North A St<br>Tampa, FL 33606-1634 | Modulo, LLC<br>2405 E. 8th Ave.<br>Tampa, FL 33605-4046 | Mr Jose Morales, Vice President<br>Newtek Small Business Finance llc<br>1981 marcus Avenue, Suite 130<br>Lake Success, NY 11042-1046 |
| Newgenteck<br>5555 W. Waters Ave.<br>Tampa, FL 33634-1230 | Newgentek LLC<br>5555 West Waters Ave<br>Suite 610<br>Tampa, FL 33634-1230 | Newtek Small Business Finance LLC<br>c/o Mitrani, Rynor, Adamsky and Toland P<br>1200 Weston Rd<br>Weston, Fla 33326-1987 |
| Newtek Small Business Finance, LLC<br>1981 Marcus Ave., #130<br>New Hyde Park, NY 11042-1046 | Newtek Small Business Finance, LLC<br>4800 T-Rex Ave., #120<br>Boca Raton, FL 33431-4479 | Novac Equities, LLC<br>25 SW 9th St., #202<br>Miami, FL 33130-3892 |
| Premium Merchant Funding 26, LLC<br>55 Water St., Floor 50<br>New York, NY 10041-3203 | Reef Funding Group<br>c/o Novac Equities, LLC<br>1100 Brickell Bay Dr.<br>Miami, FL 33131-3539 | Residential Mortgage Loan Trust I<br>Gregg Ahrens, Esq.<br>Kahane & Associates, P.A.<br>1619 NW 136th Avenue, Suite D-220<br>Sunrise, Florida 33323-2856 |
| Spice Affair<br>618 Canopy Estate Dr.<br>Winter Garden, FL 34787-5093 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Sysco Corporation<br>1390 Enclave Parkway<br>Houston, TX 77077-2099 |

| | | |
|---|---|---|
| The Vigor Hospitality Group, LLC<br>13518 Westshire Dr.<br>Tampa, FL 33618-2500 | True Island, Inc.<br>2857 Mayer St.<br>Orlando, FL 32806-5507 | U.S. Attorney<br>Attn: Civil Process Clerk<br>400 N. Tampa St., #3200<br>Tampa, FL 33602-4774 |
| U.S. Small Business Administration<br>2 North St., #320<br>Birmingham, AL 35203 | Ulin Food Services, Inc.<br>4150 Eastgate Dr., Apt. 8302<br>Orlando, FL 32839-5240 | United States Trustee - TPA<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Vivian Capital Group, LLC<br>486 Market St.<br>Newark, NJ 07105-2916 | WebBank<br>215 S. State St., #1000<br>Salt Lake City, UT 84111-2336 | World Global Fund<br>20807 Biscayne Blvd., #203<br>Miami, FL 33180-1410 |
| World Global Fund, LLC<br>c/o Steven Zakharyayev, Esq.<br>10 W. 37th St., RM 602<br>New York, NY 10018-7473 | Zahav Asset Management LLC<br>420 Central Avenue<br>Cedarhurst, NY 11516-1000 | Zahav Asset Management, LLC<br>234 Cedarhurst Ave., Apt 21B<br>Cedarhurst, NY 11516-1608 |
| Edward J. Peterson III<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>401 E Jackson Street, Ste. 3100<br>Tampa, FL 33602-5228 | Ruediger Mueller<br>Dr. Mueller Associates, Inc.<br>1112 Watson Court<br>Reunion, FL 34747-6784 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Kabbage, Inc.<br>925B Peachtree Street NE, Suite 470<br>Atlanta, GA 30309 | (d)Kabbage, Inc.<br>Attn:  Kim Withrow, Esq.<br>925B Peachtree St. NE, #383<br>Atlanta, GA 30309 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Stichter, Riedel, Blain & Postler. P.A. | (d)801 Magazine, LLC<br>1555 Poydras St.<br>Suite 2000<br>New Orleans, LA 70112-3718 | (d)Zahav Asset Management, LLC<br>420 Central Ave.<br>Cedarhurst, NY 11516-1000 |

End of Label Matrix
Mailable recipients    73
Bypassed recipients     3
Total                  76