UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

THE HALL AT THE YARD, LLC     Case No. 8:23-bk-250-CPM
                              Chapter 11, Subchapter V

     Debtor.
_____/

**OBJECTION TO CLAIM NO. 10 OF RESIDENTIAL MORTGAGE LOAN TRUST I, BY US BANK NATIONAL ASSOCIATION AS LEGAL TRUSTEE OF RESIDENTAL MORTGAGE TRUST 2021-1R**

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Avenue, Room 555, Tampa, Florida 33602 [and, if the moving party is not represented by an attorney, mail a copy to the moving party at (address)] within twenty-one (21) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response**.

     Debtor, THE HALL AT THE YARD, LLC ("Debtor"), by and through its undersigned counsel, hereby files this Objection to Claim No. 10 of Residential Loan Trust I, by US Bank National Association as Legal Trustee of Residential Mortgage Trust 2021-1R ("Claimant") and in support states the following:

**Background**

1.     On January 24, 2023 (the "Petition Date"), the Debtor filed a Voluntary Petition for

Relief under the Bankruptcy Code and made an election to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

2.  Since the Petition Date, the Debtor has continued to operate its business and manage its properties as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3.  March 22, 2023, claimant filed Claim No. 10 in the amount of $574,955.71.  The supporting documents attached to Claim No. 10 is a residential mortgage encumbering real property located at 13518 Westshire Drive in Tampa, Florida.  The borrower on the mortgage is Jamal M. Wilson, and not the Debtor.

4.  The Debtor objects to Claim No. 10 on the grounds that the Debtor is not indebted to Claimant in the amount claimed, or any other amount.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order sustaining this Objection, disallowing Claim No. 10 in its entirety and for such other and further relief as is just.

[CERTIFICATE OF SERVICE APPEARS ON THE FOLLOWING PAGE]

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Debtor's Objection to Claim No. 10 has been furnished either by the Court's CM/ECF system or by U.S. Mail, first class postage prepaid, to **United States Trustee**, Timberlake Annex, 501 East Polk Street, Suite 1200, Tampa, FL 33602; **Ruediger Mueller**, Subchapter V Trustee, 1112 Watson Court, Reunion, FL 34747; **BSI Financial Services**, Inc., **Servicer for Claimant,** 4200 Regent Blvd., Ste. 200, Irving, TX 75063; Taji Foreman, Kahane & Associates, counsel for Claimant, 8201 Peters Road, Ste. 3000, Plantation, FL 33324; and **The Hall at the Yard, LLC**, 13518 Westshire Dr., Tampa, FL 33618 on May 4, 2023.

        JOHNSON, POPE, BOKOR,
        RUPPEL & BURNS, LLP

        /s/ Edward J. Peterson
        Edward J. Peterson (FBN 014612)
        401 E Jackson Street, Ste. 3100
        Tampa, Florida 33602
        Telephone: (813) 225-2500
        Email: edwardp@jpfirm.com
        Attorneys for Debtor