ORDERED.

**Dated:  May 09, 2023**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

THE HALL AT THE YARD, LLC

         Debtor.

_____/

Case No. 8:23-bk-250-CPM
Chapter 11, Subchapter V

### ORDER APPROVING THE APPLICATION FOR THE ALLOWANCE AND PAYMENT OF FEES BY EWALD AUCTIONS, INC. AS APPRAISER FOR DEBTOR[1]
**(Doc. No. 91)**

THIS CAUSE came on for consideration upon the Application for the Allowance and Payment of Fees by Ewald Auctions, Inc. as Appraiser ("Appraiser") for Debtor ("Application") (Doc. No. 91). The Court having considered the Application, the record, noting that no objections were filed, and being otherwise advised of the premises, finds that it is appropriate to approve the Application.  Accordingly, it is:

ORDERED that:

1.      The Application is hereby approved.

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Application.

2.      The Appraiser has requested fees in the amount of $1,185.00 for the appraisal of the

Debtor's personal property.

3.      Total fees are hereby allowed in the amount of $1,185.00 and the Court finds that the

same is reasonable.

4.      The Court authorizes the Debtor to make a payment to the Appraiser in the amount

of $1,185.00.


cc:  Attorney Edward J. Peterson Esq. is directed to serve a copy of this order on interested parties
who do not receive service via the Court's CM/ECF system and file a proof of service within three
(3) days of entry of this order.