

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/04/2024 02:00 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | FILING DATE: |
|---|---|
| **8:23-bk-00250-CPM**      11 | **01/24/2023** |

**Chapter 11**

**DEBTOR:**	The Hall at the Yard, LLC

**DEBTOR ATTY:**	**Edward Peterson**

**TRUSTEE:**	**Ruediger Mueller**

**HEARING:**

(SubV) Continued Post Confirmation Status Conference 1191(b)

**APPEARANCES:**:
AAPPEARANCES: via zoom: Edward Peterson, Nicole Peair, Ruediger Mueller


**RULING:**
(SubV) Continued Post Confirmation Status Conference 1191(b)

  ...Continued in open court to 6/6/2024 at 1:30 p.m. - no further notice will be given...

For remote aAPPEARANCES:, please refer to Judge McEwen's webpage at
https://www.flmb.uscourts.gov/judges/tampa/mcewen/Judge_McEwen_Hearing_Procedures.pdf


Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.