

BRETT R. RENTON
PARTNER
Shutts & Bowen LLP
300 South Orange Avenue
Suite 1600
Orlando, FL  32801
DIRECT    (407) 835-6791
EMAIL     BRenton@shutts.com

March 18, 2024

**VIA FEDERAL EXPRESS**
The Hall at The Yard, LLC
1412 Alden Road
Orlando FL 32803

**VIA FEDERAL EXPRESS**
The Hall at the Yard, LLC
13518 Westshire Drive
Tampa, FL 33618

## NOTICE OF MONETARY DEFAULT

YOU ARE HEREBY NOTIFIED that The Hall at the Yard LLC ("Tenant") is in default in the payment of (a) rent pursuant to that certain Retail Lease dated January 28, 2019, First Amendment to Lease Agreement dated April 19, 2019, Second Amendment to Lease Agreement dated March 2, 2020, Third Amendment to Lease Agreement dated March 1, 2022 (the "Lease") for land located at Retail Building "A" containing the Premises at 1412 Alden Road, Orlando Florida 32803, as otherwise described in the Lease (the "Premises"), between Ivanhoe Place Propco, LLC ("Landlord") and Tenant and (b) monthly payments required under Tenant's Chapter 11, Subchapter V Plan, as amended and modified (the "Plan"), which was confirmed by Order of the Bankruptcy Court entered on July 11, 2023 (the "Bankruptcy Installment Payments"). Despite repeated demands seeking full payment for the Monthly Rent, CAM Estimated Charges, Utilities, CAM Reconciliation for 2023, Bankruptcy Installment Payments and Sales Taxes (collectively "Rent"), Tenant has failed to pay the Rent.

Tenant has failed to pay the Rent for a total principal amount now due and owing of Two Hundred Two Thousand One Hundred Ninety-Six and 87/100 Dollars (**$202,196.87**), as more particularly illustrated on Exhibit "A" attached hereto. As such, demand is hereby made that you pay the amount of Rent due or deliver possession of the Premises to the undersigned within five (5) days of the service of this notice upon you. Delivery of possession of the Premises to the Landlord shall not constitute an acceptance of surrender, and you shall remain fully liable under the Lease. This notice is being furnished to you in accordance with Section 83.20, Florida Statutes, the Lease and the Order confirming the Plan.

No payment by Tenant, or receipt by Landlord, of a lesser amount than the Rent specified above or otherwise actually owed under the terms of the Lease and the Plan shall be deemed to be other than on account of the earliest stipulated Rent or Bankruptcy Installment Payment, nor shall any endorsement of, or statement on, any check or any letter accompanying any check or payment of Rent or Bankruptcy Installment Payment be deemed an accord and satisfaction. Landlord may accept the check or partial payment without prejudice to Landlord's right to recover the balance of the Rent or to pursue any other remedy and such receipt shall not be deemed to operate as a waiver of Landlord's rights under this notice to pursue eviction or any other remedies available to Landlord.

Notice of Monetary Default
March 18, 2024
Page Two

      The enumeration in this letter of defaults is not intended to be all inclusive and is not intended as a waiver of any other defaults by Tenant. You should not construe this letter or any other action or inaction on the part of Landlord as an election of any remedies or as a waiver of any rights, claims, or defenses otherwise available to Landlord, all of which are reserved. Furthermore, our client may elect to resort to one or more of these rights and remedies at any time without further notice to you.

                Very Truly Yours,

                Shutts & Bowen LLP

                *Brett R. Renton*

                Brett R. Renton

BRR:tm
Enclosures – Exhibit A

cc:    Landlord (Via Email)
        Edward J. Peterson, III, Esq. (Via Email - edwardp@jpfirm.com)
        Kathleen L. DiSanto, Esq., (Via Email - kdisanto@bushross.com

ORLDOCS 21285116 2

Unpaid Charges
THE HALL AT THE YARD LLC (thehalla)
Retail Tenants

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 10/01/23 | Bankruptcy Installment Payment #1 | 13,647.05 | | 13,647.05 |
| 11/01/23 | Bankruptcy Installment Payment #2 | 13,647.05 | | 27,294.10 |
| 12/01/23 | Bankruptcy Installment Payment #3 | 13,647.05 | | 40,941.15 |
| 01/01/24 | Bankruptcy Installment Payment #4 | 13,647.05 | | 54,588.20 |
| 02/01/24 | Bankruptcy Installment Payment #5 | 13,647.05 | | 68,235.25 |
| 02/01/24 | Rental Income (02/2024) | 36,139.53 | | 104,374.78 |
| 02/01/24 | Sales Tax (02/2024) | 1,806.98 | | 106,181.76 |
| 02/01/24 | CAM Estimated Charges (02/2024) | 12,839.99 | | 119,021.75 |
| 02/01/24 | Sales Tax (02/2024) | 642.00 | | 119,663.75 |
| 02/08/24 | OUC 01/04/24 TO 02/05/24 | 2,467.66 | | 122,131.41 |
| 02/27/24 | 2023 OPEX Reconciliation | 10,471.29 | | 132,602.70 |
| 02/27/24 | Sales Tax | 523.56 | | 133,126.26 |
| 03/01/24 | Bankruptcy Installment Payment #6 | 13,647.05 | | 146,773.31 |
| 03/01/24 | Rental Income | 37,885.00 | | 184,658.31 |
| 03/01/24 | CAM Estimated Charges | 12,839.99 | | 197,498.30 |
| 03/01/24 | Sales Tax | 2,536.25 | | 200,034.55 |
| 03/11/24 | OUC 02/05/24 to 03/05/24 | 2,162.32 | | 202,196.87 |

EXHIBIT A