ORDERED.

**Dated:  June 11, 2024**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No. 8:23-bk-00250-CPM
                                                                       Chapter 11

The Hall at the Yard, LLC,

    Debtor.
_____/

## ORDER DISMISSING SUBCHAPTER V CASE

THIS CASE came before this Court on June 6, 2024, to consider and rule upon the United States Trustee's Motion to Dismiss Case or Alternatively, Convert Case to Chapter 7 (the "Motion"). (Doc. No. 184).  Appearances were made as reflected on the record. For the reasons stated and recorded in open court which shall constitute the Court's decision, the Court determined it is in the best interest of creditors that the case be dismissed. Accordingly, it is

**ORDERED:**

1.     The Motion (Doc. No. 184) is GRANTED.

2.     The instant bankruptcy case is DISMISSED.

3.     None of the Debtor's debts, obligations, or liabilities are discharged.

4.      The automatic stay is terminated.

5.      All pending motions, applications, or requests for relief, not previously ruled upon are moot, and all hearings are canceled.

6.      Any party seeking a determination of the allowability of an administrative expense claim, including the Subchapter V Trustee must file appropriate application(s) within 30 days of the entry of this Order. This Court retains jurisdiction to adjudicate any filed applications.

7.      Within 30 days of the entry of this Order, Debtor shall file the outstanding operating reports for February, March, April, and May 2024.

8.      The Subchapter V Trustee is discharged from any further duties in this case.

9.      Upon either the expiration of the time to file applications for approval of administrative expense claims or the final adjudication of any such applications that are timely filed, whichever is later, the Clerk shall proceed to close this case.

10.      This Court reserves jurisdiction to enforce the provisions of this Order and to consider any motion regarding the effect of dismissal on claims that existed on the date of the petition.


The Clerk's Office is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.