UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

THE HALL AT THE YARD, LLC

Debtor.
_____/

Case No. 8:23-bk-250-CPM
Chapter 11, Subchapter V

**SUPPLEMENT TO FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY JOHNSON POPE BOKOR RUPPEL AND BURNS, LLP AS COUNSEL FOR DEBTOR**

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

EDWARD J. PETERSON OF JOHNSON POPE BOKOR RUPPEL & BURNS, COUNSEL FOR DEBTOR ("APPLICANT") HAS FILED A SUPPLEMENT TO FINAL APPLICATION FOR COMPENSATION IN THE AMOUNT OF $4,524.50 AND REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF $29.44 (THE "APPLICATION"). A COPY OF THE APPLICATION MAY BE VIEWED ON THE CASE DOCKET OR BY REQUEST TO APPLICANT AT (813) 225-2500 OR EDWARDP@JPFIRM.COM.

IF YOU OBJECT TO THE APPLICATION, YOU MUST FILE AN OBJECTION WITH THE CLERK OF COURT AT 801 N. FLORIDA AVENUE, SUITE 555, TAMPA, FL 33602 WITHIN 21 DAYS FROM THE DATE OF THE PROOF OF SERVICE BELOW, PLUS AN ADDITIONAL THREE DAYS IF THIS NOTICE WAS SERVED ON ANY PARTY BY U.S. MAIL.

IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL EITHER (1) NOTIFY YOU OF A HEARING DATE, OR (2) CONSIDER THE APPLICATION AND APPROVE OR DISAPPROVE THE APPLICATION WITHOUT A HEARING. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE APPLICATION, AND THE COURT WILL CONSIDER THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

## Summary of Request for Allowance

| | |
|---|---|
| *Applicant:* | Johnson Pope Bokor Ruppel and Burns, LLP |
| *Professional Position in Case:* | Debtor's Counsel |

| | |
|---|---|
| *Date of Retention:* | March 8, 2023 |
| *Application Period:* | July 15, 2023 through July 10, 2024 |
| *Total Hours of Professional Services Performed:* | 18.2 |
| *Rates for Professionals and Paraprofessionals* | Edward J. Peterson $450.00/hour (July 15, 2023 through November 30, 2023) <br> Edward J. Peterson $500.00/hour (December 1, 2023 through July 10, 2024) <br> Angelina E. Lim $450.00/hour <br> Andrena Westcott $180.00/hour <br> Jill Cleaves $75.00/hour |
| *Hours per Producer* | Edward J. Peterson 3.7 <br> Angelina E. Lim .8 <br> Andrena Westcott 13.4 <br> Jill Cleaves .3 |
| *Blended Hourly Rate:* | $248.60 |
| *Amount of Compensation Sought:* | $4,524.50 |
| *Amount of Expense Reimbursement Sought:* | $29.44 |
| *Total Allowance:* | $4,553.94 |
| *Less Retainer to be Applied:* | $0.00 |
| *Net Administrative Expense Requested:* | $4,553.94 |

## **Prior Application**

First Interim Fee Application (Doc. No. 123)

| | |
|---|---|
| Date Filed | May 23, 2023 |
| Application Period | March 8, 2023 through April 30, 2023 |
| Requested Fees: | $16,521.00 |
| Requested Reimbursement of Expenses: | $185.82 |
| Hours during Application Period: | 62.2 |
| Blended Hourly Rate: | $265.61 |
| Date First Interim Application Approved: | June 26, 2023 (Doc. No. 157) |
| Approved Fees: | $16,521.00 |

| Approved Reimbursement of Expenses: | $185.82 |
|---|---|
| Total Award: | $16,706.82 |
| Less application of remaining retainer: | $0.00 |
| Payment Authorized by Court: | $16,706.82 |
| Fees and Expenses Paid: | $0.00 |
| Hold Back | None |

Final Interim Fee Application (Doc. No. 167)

| Date Filed | July 21, 2023 |
|---|---|
| Application Period | May 1, 2023 through July 14, 2023 |
| Requested Fees: | $16,609.50 |
| Requested Reimbursement of Expenses: | $212.54 |
| Hours during Application Period: | 62.1 |
| Blended Hourly Rate: | $267.46 |
| Date Final Interim Application Approved: | June 17, 2024 (Doc. No. 192) |
| Approved Fees: | $16,609.50 |
| Approved Reimbursement of Expenses: | $212.54 |
| Total Award: | $16,822.04 |
| Less application of remaining retainer: | $0.00 |
| Payment Authorized by Court: | $16,822.04 |
| Fees and Expenses Paid: | $0.00 |
| Hold Back | None |

The Supplement to the Final Application of Johnson Pope Bokor Ruppel and Burns, LLP ("Applicant" or "JP") seeks an allowance of compensation for professional services rendered and actual and necessary expenses incurred on behalf of the estate from July 15, 2023 through and including July 10, 2024 (the "Allowance Period") and respectfully represents:

1.      On January 24, 2023 (the "Petition Date"), the Debtor filed its Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and made an election to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

2.      On January 27, 2023, Stichter, Riedel, Blain & Postler, P.A. ("Stichter Riedel") filed its Application for Authorization to Employ Stichter Riedel as Counsel for Debtor Effective as of the

3

Petition Date (Doc. No. 28) ("Stichter Riedel Application").

3. On February 17, 2023, the Court entered an Order Approving the Stichter Riedel Application (Doc. No. 53).

4. At the time the Stichter Riedel Application was filed, attorney Edward J. Peterson was employed by Stichter Riedel and represented the Debtor in this case.

5. On March 8, 2023, Mr. Peterson became employed with the law firm of Johnson Pope Bokor Ruppel & Burns, LLP ("Johnson Pope").

6. On March 23, 2023 Stichter Riedel filed a Motion to Withdraw as Counsel for the Debtor (Doc. No. 70). On April 12, 2023, the Court entered an Order Granting Stichter Riedel's Motion to Withdraw as Counsel for Debtor (Doc. No. 85).

7. On April 10, 2023, the Debtor filed a Motion to Employ JP as Debtor's Counsel (Doc. No. 83) and an Order was entered granting such Motion and Approving the Employment of JP as Debtor's Counsel (Doc. No. 100).

8. On May 23, 2023, Applicant filed a First Interim Application for Compensation for services rendered and costs incurred between March 8, 2023 through April 30, 2023 (Doc. No. 123) ("First Application"). On June 26, 2023, the Court entered an Order Approving the First Application (Doc. No. 157).

9. On July 21, 2023, Applicant filed a Final Application for Compensation for services rendered and costs incurred between May 1, 2023 through July 14, 2023 (Doc. No. 167) ("Final Application"). On June 17, 2024, the Court entered an Order Approving the Final Application (Doc. No. 192).

10. On July 11, 2023, the Court entered an Order Confirming the Debtor's Chapter 11

Plan (Doc. No. 160).

11. On May 16, 2024, the US Trustee filed a Motion to Dismiss, or in the alternative Motion to Convert Case to Chapter 7 (Doc. No. 184). On June 11, 2024, the Court entered an Order granting the motion to dismiss and providing professionals with the opportunity to seek a determination of the allowability of an administrative expense claim (Doc. No. 189).

12. Applicant has devoted 18.2 hours through July 10, 2024 rendering professional services to or on behalf of the Debtor in this case. All time and expenses have been categorized and identified in accordance with the United States Trustee's Guidelines ("Fee Guidelines"). Copies of JP's computerized time records categorized in accordance with the Fee Guidelines are attached hereto as Exhibit "A" and by reference incorporated herein.

13. The following narrative is intended to serve only as a summary description of the services rendered by JP and the related benefits to the Debtor's estate and its creditors as a result of JP's efforts during the Application Period. The following summary description is arranged by project category as required by the Fee Guidelines.

14. JP has made its best effort to separate tasks according to the Fee Guidelines. However, there may be instances where such division was impossible due to the inter-related nature of the tasks. As a result, there may have been some "overlap" between certain phase task categories depending on which phase-task category the attorney performing the services believed was primarily applicable. Additionally, due to extensive negotiations, structuring of transactions, and formulation of strategy, many of the tasks performed by JP were necessarily performed directly by its attorneys rather than by para-professional staff. JP has trained its paraprofessionals extensively and is able to provide significant value to the Debtor and the estate because para-professional time reduces the

overall blended hourly rate. The blended hourly rate during the Application Period is $267.46 per hour.

### A. Case Administration

15. Services rendered in this category include the work performed by JP's attorneys and paraprofessionals by assisting the Debtor with compliance of US Trustee guidelines, reviewing and revising monthly operating reports provided by Debtor and filing same with the Court, reviewing of the US Trustee's Motion to Dismiss Case, discussion with the Debtor concerning same, and attendance at a hearing on the Motion to Dismiss Case. Applicant also attended post-confirmation Status Conferences.

16. JP attorneys and paraprofessionals expended a total of 11.9 hours under this project category, which resulted in total charges of $3,422.00 for services rendered herein.

### B. Fee and Employment Applications

17. Services rendered in this project category include the work performed by JP's attorneys and professionals in connection with the preparation and filing of a final application for compensation and a supplement to the final application for compensation for Debtor's counsel. JP also prepared and submitted proposed orders on the fee applications, prepared and filed proofs of service and service of the orders as directed by the Court.

18. During the Application Period, JP attorneys and paraprofessionals expended a total of 4.5 hours under this project category, which resulted in total charges of $778.50 for services rendered herein.

### C. Plan Related Matters.

19. Services rendered in this project include the work performed by JP's attorneys and

paraprofessionals in connection the Debtor's confirmed Chapter 11 Plan and the reaffirmation of the guaranty of Jamal Wilson in favor of Ivanhoe as part of the Debtor's confirmed Plan. Applicant prepared and filed the Notice of the Effective Date and assisted the Debtor with Plan payment distributions.

20. During the Application Period, JP attorneys and paraprofessionals expended a total of 1.8 hours under this project category, which resulted in total charges of $324.00 for services rendered herein

**Factors to Be Considered**

21. **Factors to Be Considered in Awarding Fees.** This Application for services rendered and expenses incurred in connection with this case addresses the factors set forth in In Re: Bilgutay, 108 B.R. 33 (Bankr. M.D. Fla. 1989) and In Re: First Colonial Corp. of America, 544 F.2d 291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977), pursuant to the Fee Guidelines promulgated by the United States Trustee's Office of the Middle District of Florida. The brief descriptions of the nature and extent of the services provided to the Debtor, its estate and the results obtained this far in these proceedings reflect the quality and high standards of JP's services.

22. **Time and Labor Required.** Applicant has spent 18.2 hours rendering professional services to or on behalf of the Debtor in this case. During all times relevant to this Allowance Period, hourly billing rates for JP were $450-$500 per hour and paralegal billing rates were in the range of $75-$180 per hour. The total fees billed were $4,524.50. The blended hourly rate is $248.60. The total costs billed were $29.44. Applicant has maintained detailed, daily records of the time devoted in rendering these services and a summary of costs incurred. A copy of these records is attached hereto as Exhibit "A" and by reference incorporated herein.

23. The summary of time, hours and fees reflects rates commensurate with the knowledge and expertise of the individual professional, and the customary rates charged by professionals of similar experience and expertise in the Middle District of Florida.

24. **Skill Requisite to Perform the Legal Services Properly**. Applicant's practice is limited to the area of bankruptcy, and it submits that it performed the services for the Debtors in an efficient, professional and effective manner. The majority of services performed for the Debtor were performed by Edward J. Peterson a partner of JP. Mr. Peterson is a member of The Florida Bar and admitted to practice in the Middle District of Florida. Mr. Peterson has an "AV" rating from Martindale Hubbell and has practiced in the area of bankruptcy for more than twenty (20) years representing debtors, creditors and other parties in interest in numerous bankruptcy proceedings.

25. **Preclusion of Other Employment**. This factor is not relevant in the circumstances of this case, other than this case requires a commitment of time and resources which could have been allocated to other legal representation.

26. **Customary Fee**. The rates charged by JP are customary for professionals of similar skill and reputation within the Middle District of Florida. The fees requested are entirely reasonable. JP maintains office space in Tampa, Florida with sophisticated office equipment and support staff, including para-professional, secretarial, clerical and other support personnel. Consequently, a substantial portion of the hourly rates, as may be awarded to JP by this Court, will be utilized to defray substantial overhead charges incurred and paid during the Application Period.

27. **Whether the Fees are Fixed or Contingent**. The fees requested are contingent in that they are subject to approval by the Bankruptcy Court and the ultimate solvency if the Debtor.

28. **Undesirability of the Case**. This case has been no more or less desirable than other

cases of this nature.

29. **Applicable Legal Standards**.  The applicable legal standards herein, as set forth in 11 U.S.C. § 330, are based on the time, nature, extent and value of JP's services, as well as the costs of comparable services other than in a case under Title 11 and reimbursement for actual necessary expenses incurred.

30. **Awards in Similar Cases**.  The employment and awarding of fees for counsel for Debtors, as specifically authorized by 11 U.S.C. § 330, is standard in chapter 11 cases.  The circumstances of this case more than justify an award of compensation and reimbursement pursuant to 11 U.S.C. § 330.  The time records shown on Exhibit "A" provide the Court and creditors with a detailed description of the activities of counsel in this case.

31. **Description of Expenses.**  By this Application, JP seeks an award of out-of-pocket expenses incurred on behalf of the Debtor which do not constitute overhead expenses.  Instead, these expenses are primarily comprised of legal research costs, postage and other court costs.  A detailed listing of all billed time and expenses is attached to this Application.

### Disclosures Required by Bankruptcy Rule 2016

32. 11 U.S.C. § 330 permits professional persons employed under 11 U.S.C. § 327 to apply for compensation and reimbursement of expenses.  This is JP's second and final Application for compensation for professional services rendered by JP as counsel for the Debtor.

33. JP submits this Application for (a) allowance of reasonable compensation for the professional services it has rendered, and (b) reimbursement of actual and necessary disbursements incurred in the rendition of all required professional services.

34. Therefore, JP requests allowance of (a) compensation in the amount of $4,524.50 in

fees for services rendered during the Application Period; and (b) $29.44 in costs for the Application Period for a total of $4,553.94.

35. JP does not have any agreement with any other person for the sharing of compensation to be received for the services rendered as counsel in this case. There is no referral charge or other sharing arrangement.

36. JP seeks compensation for all of the time spent during the Application Period for the matters detailed and listed in Exhibit "A" attached hereto. Time increments are reported in tenths of an hour, with one-tenth (.1) equaling six minutes. All of the services for which JP seeks compensation were performed for and on behalf of the Debtor and not on behalf of any other person or entity.

WHEREFORE, Applicant respectfully requests that the Court enter an order awarding an allowance of compensation to Applicant of $4,524.50 for professional services rendered during the Allowance Period, plus reimbursement of Applicant's cost and expenses in the amount of $248.60 incurred on behalf of the Debtor during the Allowance Period for a net award of $4,553.94 in fees and costs, and that the Court grant such other and further relief as is just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **SUPPLEMENT TO FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS** by electronic mail and/or U.S. Mail to **Office of the U.S. States Trustee**, 501 East Polk Street, Suite 1200, Tampa, Florida 33602; **Ruediger Mueller,** Subchapter V Trustee, 1112 Watson Court, Reunion, FL 34747; **The Hall at the Yard, LLC**, 13518 Westshire Dr., Tampa, FL 33618 on July 11, 2024.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Edward J. Peterson
Edward J. Peterson (FBN 014612)
400 N Ashley Dr, Ste. 3100
Tampa, Florida 33602
Telephone: (813) 225-2500
Email: edwardp@jpfirm.com
Attorneys for Debtor

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 7/17/2023 | EDWARD J PETERSON, III | 0.5 | $225.00 | Calls with Jamal and Andy |
| 7/18/2023 | ANDRENA R WESTCOTT | 0.4 | $72.00 | FINALIZED THE FINAL FEE APP FOR CRO AND FILED SAME WITH THE COURT PER EJP'S INSTRUCTIONS. |
| 7/18/2023 | ANDRENA R WESTCOTT | 1.1 | $198.00 | CONTINUED PREPARATION OF FINAL FEE APPLICATION PER EJP'S INSTRUCTIONS. |
| 7/21/2023 | ANDRENA R WESTCOTT | 0.5 | $90.00 | FINALIZED AND FILED THE FINAL FEE APP PER EJP'S INSTRUCTIONS; PREPARATION OF NOTICE OF FILING FINAL FEE APP AND FILED SAME WITH THE COURT. |
| 7/21/2023 | ANDRENA R WESTCOTT | 0.3 | $54.00 | RECEIPT OF AND REVIEW THE JUNE MOR; FINALIZED THE MOR AND FILED SAME WITH THE COURT. |
| 7/21/2023 | EDWARD J PETERSON, III | 0.3 | $135.00 | Work on MOR |
| 7/24/2023 | ANDRENA R WESTCOTT | 0.2 | $36.00 | FINALIZED AND FILED THE JUNE MOR PER EJP'S INSTRUCTIONS. |
| 8/10/2023 | ANDRENA R WESTCOTT | 0.6 | $108.00 | PREPARATION OF NOTICE OF THE OCCURANCE OF THE EFFECTIVE DATE OF THE PLAN; FORWARDED EMAIL TO CLIENT CONCERNING SAME AND ISSUANCE OF PLAN PAYMENTS. |
| 8/11/2023 | ANDRENA R WESTCOTT | 0.4 | $72.00 | RECEIPT OF AND REVIEW EMAILS FROM COUNSEL FOR IVANHOE CONCERNING THE EFFECTIVE DATE OF THE PLAN.; DISCUSSION WITH EJP CONCERNING SAME; PREPARED AND FILED A NOTICE OF WITHDRAWAL OF THE NOTICE OF EFFECTIVE DATE PER EJP'S INSTRUCTIONS. |
| 8/15/2023 | EDWARD J PETERSON, III | 0.3 | $135.00 | Emails regarding status |
| 8/21/2023 | ANDRENA R WESTCOTT | 0.7 | $126.00 | RECEIPT OF AND REVIEW THE JULY MOR PROVIDED BY CLIENT; FINALIZED REPORT AND FILED SAME WITH THE COURT PER EJP'S INSTRUCTIONS. |
| 9/7/2023 | ANDRENA R WESTCOTT | 0.1 | $18.00 | RECEIPT OF AND REVIEW EMAILS FROM CRO CONCERNING QUESTIONS RELATING TO THE EFFECTIVE DATE OF THE PLAN AND FORWARDED RESPONSE TO SAME. |

Exhibit "A"

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 9/11/2023 | ANDRENA R WESTCOTT | 0.1 | $18.00 | RECEIPT OF AND REVIEW EMAILS FROM THE CRO CONCERNING QUESTIONS ABOUT THE AUGUST MOR AND THE EFFECTIVE DATE OF THE PLAN AND FORWARDED RESPONSE TO SAME. |
| 9/18/2023 | ANDRENA R WESTCOTT | 0.2 | $36.00 | RECEIPT OF AND REVIEW THE AUGUST MOR PROVIDED BY CLIENT. |
| 9/18/2023 | ANDRENA R WESTCOTT | 0.4 | $72.00 | RECEIPT OF AND REVIEW THE AUGUST MOR PROVIDED BY CLIENT. |
| 9/20/2023 | ANDRENA R WESTCOTT | 0.2 | $36.00 | FINALIZED AND FILED THE AUGUST MOR WITH THE COURT PER EJP'S INSTRUCTIONS. |
| 9/28/2023 | ANDRENA R WESTCOTT | 0.2 | $36.00 | DISCUSSION WITH AEL CONCERNING ISSUES RELATING TO CASE AND UPCOMING STATUS CONFERENCE; FORWARDED EMAIL TO CLIENT REQUESTING STATUS OF HIS PERSONAL CASE; RECEIPT OF AND REVIEW EMAIL FROM K. DISANTO CONCERNING SAME. |
| 9/28/2023 | ANGELINA E LIM | 0.8 | $360.00 | PREPARATION FOR AND ATTENDANCE AT HEARING (.5); EMAILS REGARDING STATUS WITH REAFFIRMATION (.1) AND MS. DISANTO'S REVISIONS OF JARED WILSON PLEADINGS AND DEBTOR'S PLEADINGS (.2); EMAILS AND CONFERENCE WITH MR. PETERSON AND MS. WESTCOTT REGARDING OUTCOME AND REGARDING SERVICE (.1) |
| 10/5/2023 | EDWARD J PETERSON, III | 0.3 | $135.00 | Calls with Andy |
| 10/6/2023 | ANDRENA R WESTCOTT | 0.1 | $18.00 | RECEIPT OF AND REVIEW THE CORUT'S ORDER APPROVING THE REAFFIRMATION OF THE GUARANTY OF JAMAL WILSON IN FAVOR OF IVANHOE; BRIEF DISCUSSION WITH EJP CONCERNING SAME; MADE REVISIONS TO THE NOTICE OF EFFECTIVE DATE |
| 10/9/2023 | ANDRENA R WESTCOTT | 0.6 | $108.00 | DISCUSSION WITH EJP CONCERNING THE EFFECTIVE DATE OF THE PLAN; FINALIZED AND FILED NOTICE OF THE EFFECTIVE DATE PER EJP'S INSTRUCTIONS. |
| 10/23/2023 | ANDRENA R WESTCOTT | 0.5 | $90.00 | RECEIPT OF AND REVIEW THE SEPTEMBER MOR PROVIDED BY CLIENT; FINALIZED THE SEPTEMBER MOR AND FLED SAME WITH THE COURT. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 11/6/2023 | EDWARD J PETERSON, III | 0.5 | $225.00 | Emails regarding status |
| 11/15/2023 | EDWARD J PETERSON, III | 0.5 | $225.00 | Calls with clients |
| 11/16/2023 | ANDRENA R WESTCOTT | 0.4 | $72.00 | RECEIPT OF AND REVIEW THE OCTOBER MONTHLY OPERATING REPORT PROVIDED BY CLIENT; |
| 11/21/2023 | ANDRENA R WESTCOTT | 0.4 | $72.00 | RECEIPT OF AND REVIEW THE REVISED EXHIBITS C AND D PROVIDED BY CLIENT; FINALIZED AND FILED THE OCTOBER 2023 MOR WITH THE COURT. |
| 12/5/2023 | EDWARD J PETERSON, III | 0.5 | $250.00 | Calls with Andy |
| 1/3/2024 | ANDRENA R WESTCOTT | 0.5 | $90.00 | FINALIZED AND FILED THE NOVEMBER MOR PROVIDED BY CLIENT. |
| 1/22/2024 | ANDRENA R WESTCOTT | 0.5 | $90.00 | RECEIPT OF AND REVIEW THE DECEMBER MOR PROVIDED BY CLIENT; FINALIZED MOR AND FILED SAME WITH THE COURT PER EJP'S INSTRUCTIONS. |
| 2/5/2024 | EDWARD J PETERSON, III | 0.5 | $250.00 | Calls with Jamal and Andy |
| 2/20/2024 | ANDRENA R WESTCOTT | 0.4 | $72.00 | RECEIPT OF AND REVIEW THE JANUARY MOR PROVIDED BY CLIENT. |
| 2/21/2024 | ANDRENA R WESTCOTT | 0.1 | $18.00 | FINALIZED AND FILED THE JANUARY MOR PER EJP'S INSTRUCTIONS. |
| 2/22/2024 | ANDRENA R WESTCOTT | 0.2 | $36.00 | RECEIPT OF AND REVIEW EMAIL FROM THE US TRUSTEE'S OFFICE CONCERNING THE MONTHLY OPERATING REPORTS AND THE NEED FOR QUARTERLY REPORTS; FORWARDED EMAIL TO CLIENT WITH INSTRUCTIONS CONCERNING SAME. |
| 3/6/2024 | EDWARD J PETERSON, III | 0.3 | $150.00 | Calls with Jamal |
| 4/3/2024 | ANDRENA R WESTCOTT | 0.2 | $36.00 | RECEIPT OF PHONE CALL FROM SUBCHAPTER V TRUSTEE CONCERNING THE FEBRUARY MOR; RECEIPT OF AND REVIEW EMAIL FROM SUBCHAPTER V TRUSTEE CONCERNING SAME; REVIEWED EMAIL FROM US TRUSTEE INSTRUCTING US TO FILE QUARTERLY REPORTS AND PROVIDED EJP WITH STATUS UPDATE CONCERNING SAME. |
| 5/1/2024 | ANDRENA R WESTCOTT | 0.1 | $18.00 | FORWARDED FOLLOW UP EMAIL TO CLIENT CONCERNING THE OUSTANDING QUARTERLY REPORT FOR THE FIRST QUARTER 2024. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 5/2/2024 | ANDRENA R WESTCOTT | 0.1 | $18.00 | RECEIPT OF AND BRIEF REVIEW OF THE FIRST QUARTER 2024 OPERATING REPORT PROVIDED BY CLIENT AND FORWARDED EMAIL TO CLIENT CONCERNING SAME. |
| 5/3/2024 | ANDRENA R WESTCOTT | 0.7 | $126.00 | RECEIPT OF AND REVIEW THE FIRST QUARTER 2024 QUARTERLY REPORT PROVIDED BY CLIENT. |
| 6/11/2024 | ANDRENA R WESTCOTT | 0.8 | $144.00 | PREPARATION OF SUPPLEMENT TO THE FINAL FEE APPLICATION PER EJP'S INSTRUCTIONS. |
| 6/12/2024 | ANDRENA R WESTCOTT | 0.3 | $54.00 | RECEIPT OF AND REVIEW THE COURT'S ORDER DISMISSING CASE; FORWARDED SAME TO CLIENT WITH INSTRUCTIONS RELATING TO THE OUTSTANDING OPERATING REPORTS. |
| 6/12/2024 | ANDRENA R WESTCOTT | 0.7 | $126.00 | RECEIPT OF AND REVIEW THE FIRST QUARTER FINANCIAL REPORT PROVIDED BY CLIENT; FINALIZED AND FILED THE FIRST QUARTER REPORT WITH THE COURT PER EJP'S INSTRUCTIONS. |
| 6/18/2024 | JILL CLEAVES | 0.3 | $22.50 | Prepare certificate of service - JP final fees order |
| 7/10/2024 | ANDRENA R WESTCOTT | 1.4 | $252.00 | CONTINUED PREPARATION OF SUPPLEMENT TO FINAL FEE APPLICATION. |
| | Total Fees and Costs | 18.2 | $4,524.50 | |
| | Blended Hourly Rate | | $248.60 | |
| | Expenses | | | |
| 6/18/2024 | Copies and Mailing | | $29.44 | |
| | Total Fees and Expenses | | $4,553.94 | |