UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: | Case No. 23-00250-CPM

THE HALL AT THE YARD, LLC

Debtor

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Dr. Ruediger Mueller, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  The case was dismissed with no plan confirmed and no plan payments made to the trustee.  Pursuant to 11 U.S.C. § 330(a), on 7/9/2024 the Court ordered compensation of $ 4,656.00 be awarded to the trustee.  These funds have not yet been paid by the debtor to the trustee.  I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal.  I request that I be discharged from any further duties as trustee.

Date:  7/20/2024        By:  /s/ Dr. Ruediger Mueller
                                   Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**